UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS and | : | CASE NO. 10-60990-JEM |
| KIMBERLY ANN WILBANKS, | : | |
| | : | |
| Debtors. | : | JUDGE MASSEY |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have, this date, served a copy of the *Notice of Hearing on Trustee's Motion for Compromise and Settlement* upon the attached Exhibit "A" by hand delivery or by depositing true and correct copies of same in the United States Mail, first class postage prepaid.

This 27th day of July, 2010.

BARBARA BELL STALZER, P.C.


By_____/s/_____
Barbara B. Stalzer, Attorney for Trustee
Georgia Bar No. 674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
404-442-6933 Phone
404-442-6950 Fax
barbara.stalzer@7trustee.net

| | | |
|---|---|---|
| Exhibit "A"<br>Bobby Manalcus Wilbanks and<br>Kimberly Ann Wilbanks<br>Case No. 10-60990-JEM | Georgia's Own Credit Union<br>William. A. Rountree, Esq.<br>230 Peachtree Street, Suite 2700<br>Atlanta, GA 30303-1561 | Office of the U.S. Trustee<br>362 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3330 |
| Stonebridge Accounting Strategies<br>P O Box 1290<br>Grayson, GA 30017-0025 | Atlanta Division<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3325 | Wells Fargo Financial Georgia, Inc.<br>4137 121st Street<br>Urbandale, IA 50323-2310 |
| .BB&T Business Loans<br>P O Box 480050<br>Charlotte, NC 28258-0050 | . Bank of America<br>4060 Ogletown/Stan<br>Newark, DE 19713 | Barclays Bank Delaware<br>Attn: Customer Support Dept.<br>P O Box 8833<br>Wilmington, DE 19899-8833 |
| Citibank USA<br>Attn: Centralized Bankruptcy<br>P O Box 20507<br>Kansas City, MO 64195-0507 | GE Money Bank<br>Attn: Bankruptcy Dept.<br>P O Box 103106<br>Roswell, GA 30076-9106 | Georgia's Own Credit Union<br>P O Box 105205<br>Atlanta, GA 30348-5205 |
| Georgia's Own Credit Union<br>1155 Peachtree Street, NE<br>Atlanta, GA 30309-7629 | Kohl's<br>P O Box 3043<br>Milwaukee, WI 53201-3043 | Quest Diagnostics<br>P O Box 41652<br>Philadelphia, PA 19101-1652 |
| Verint Video Solutions, Inc.<br>P O Box 905595<br>Charlotte, NC 28290-5590 | Wachovia Bank<br>c/o Smith, Gambrell & Russell<br>1230 Peachtree St., NE, Ste. 310<br>Atlanta, GA 30309-3574 | Wells Fargo Bank, N.A.<br>Attn: John T. Vian, Esq.<br>Smith, Gambrell & Russell<br>1230 Peachtree St., NE, Ste. 310<br>Atlanta, GA 30309-3574 |
| Wffinancial<br>7201 Turner Lake Road, NW<br>Covington, GA 30014-2067 | Bobby Manalcus Wilbanks<br>943 Lake Stone Lea Drive<br>Oxford, GA 30054-3629 | Kimberly Ann Wilbanks<br>943 Lake Stone Lea Drive<br>Oxford, GA 30054-3629 |
| Karen Scott Greene, Esq.<br>P O Box 390322<br>Snellville, GA 30039-0006 | ` | |