**IT IS ORDERED as set forth below:**

Date: August 30, 2010

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS and | : | CASE NO. 10-60990-JEM |
| KIMBERLY ANN WILBANKS, | : | |
| | : | |
| Debtors. | : | JUDGE MASSEY |

**ORDER ON MOTION FOR COMPROMISE AND SETTLEMENT**

This matter was before the Court on August 24, 2010 on the motion of the Trustee for an order authorizing her to compromise and settle her claim against Miller Roofing via payment from the Debtors, Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks, pursuant to Bankruptcy Rule 9019.  The Trustee having moved to accept the sum of $14,370.79, and no objections having been filed, no one having appeared at the hearing to advocate any objections, and good cause having been shown, it is therefore

ORDERED AND ADJUDGED that the Trustee is authorized to settle her claim for a

preferential payment to Miller Roofing, by payment from the Debtors, upon the terms and conditions as set forth in her motion.

END OF DOCUMENT

Prepared and Presented by:

/s/BARBARA B. STALZER
BARBARA B. STALZER
*Chapter 7 Trustee*
Georgia Bar No. 674236
60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
404-442-6933
barbara.stalzer@7trustee.net

DISTRIBUTION LIST

In re: Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks
Case No. 10-60990-JEM

| | |
|---|---|
| Office of the U.S. Trustee<br>362 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 | Karen Scott Greene, Esq.<br>P O Box 390322<br>Snellville, GA 30039-0006 |
| Bobby Manalcus Wilbanks<br>943 Lake Stone Lea Drive<br>Oxford, GA 30054-3629 | Kimberly Ann Wilbanks<br>943 Lake Stone Lea Drive<br>Oxford, GA 30054-3629 |
| Barbara B. Stalzer<br>Chapter 7 Trustee<br>Barbara Bell Stalzer, P.C.<br>60 Lenox Pointe, NE<br>Atlanta, GA 30324-3170 | |