**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: WILBANKS, BOBBY MANALCUS | § Case No. 10-60990-JEM |
|       WILBANKS, KIMBERLY ANN | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 12, 2010. The undersigned trustee was appointed on January 12, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $            14,371.71

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 373.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 13,998.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/23/2010 and the deadline for filing governmental claims was 07/11/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,187.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,187.17, for a total compensation of $2,187.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $117.73, for total expenses of $117.73.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2012          By: /s/Barbara B. Stalzer, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60990-JEM  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Period Ending:** 10/17/12

**Trustee:** (300060) Barbara B. Stalzer, Trustee  
**Filed (f) or Converted (c):** 01/12/10 (f)  
**§341(a) Meeting Date:** 02/08/10  
**Claims Bar Date:** 09/23/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  943 Lake Stone Lea, Oxford, Ga 5000 sq ft single  Orig. Asset Memo: Imported from original petition Doc# 1 | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2  4 televisions, furniture: living room and 3 bedr  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 3/01/08 Last Active 9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile | 5,200.00 | 0.00 | DA | 0.00 | FA |
| 3  500 cds, pictures and books  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 3/01/08 Last Active 9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile | 500.00 | 0.00 | DA | 0.00 | FA |
| 4  Clothing for the family  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 3/01/08 Last Active 9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5  2008 Tax Refund  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 3/01/08 Last Active 9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile (See Footnote) | 11,618.00 | 4,143.00 | DA | 0.00 | FA |
| 6  2005 Ford Expedition XLJ Mileage: 83000 miles in  Orig. Asset Memo: Imported from original petition Doc# 1 | 9,225.00 | 0.00 | DA | 0.00 | FA |
| 7  2002 Sandpiper 38 foot pull-behind travel traile  Orig. Asset Memo: Imported from Amended Doc#: | 17,835.00 | 2,823.00 | DA | 0.00 | FA |

Printed: 10/17/2012 02:22 PM    V.13.03

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60990-JEM  
**Case Name:** WILBANKS, BOBBY MANALCUS  
　　　　　　　WILBANKS, KIMBERLY ANN  
**Period Ending:** 10/17/12  

**Trustee:** (300060)　Barbara B. Stalzer, Trustee  
**Filed (f) or Converted (c):** 01/12/10 (f)  
**§341(a) Meeting Date:** 02/08/10  
**Claims Bar Date:** 09/23/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | 16; Original asset description: Opened 3/01/08 Last Active 9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single | | | | | |
| 8 | Preferential payment to roofer (u) (See Footnote) | 11,000.00 | 14,370.79 | | 14,370.79 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.92 | Unknown |
| 9 | Assets　Totals (Excluding unknown values) | **$556,378.00** | **$21,336.79** | | **$14,371.71** | **$0.00** |

　　RE PROP# 5　　Debtors used tax refund to pay roofer (preferentially).  Debtors are paying estate $500.00 per month
　　　　　　　　　pursuant to a compromise and settlement.
　　RE PROP# 8　　Trustee has received all funds for the preference and is preparing to file the closing package

**Major Activities Affecting Case Closing:**

　　　Trustee has collected all funds from debtors for the preference paid to the roofer. Trustee will prepare the closing package for submission to the UST.

**Initial Projected Date Of Final Report (TFR):**　　October 31, 2012　　　**Current Projected Date Of Final Report (TFR):**　　October 31, 2012

Printed: 10/17/2012 02:22 PM　　V.13.03

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-60990-JEM  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Taxpayer ID #:** **-***0748  
**Period Ending:** 10/17/12

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $83,330,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | {8} | Bobby M. Wilbanks | Acct #1; Payment #0; Per agreement with Debtor to repay money to roofer paid preferentially | 1249-000 | 1,000.00 | | 1,000.00 |
| 07/22/10 | {8} | Bobby and Kimberly Wilbanks | Installment payment for preferential payment to roofer | 1249-000 | 500.00 | | 1,500.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,500.07 |
| 08/19/10 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #1; Installment payment for preference payment to roofer | 1249-000 | 500.00 | | 2,000.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 2,000.16 |
| 09/22/10 | {8} | Bobby M. and Kimberly wilbanks | Acct #1; Payment #2; Installment per agreement with Debtor | 1249-000 | 500.00 | | 2,500.16 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.17 |
| 10/20/10 | {8} | Kimberly Wilbanks | Acct #1; Payment #3; Installment payment on preference payment to roofer per agreement | 1249-000 | 500.00 | | 3,000.17 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.19 |
| 11/22/10 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #4; Monthly Installment payment per agreement and court order | 1249-000 | 500.00 | | 3,500.19 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.21 |
| 12/17/10 | {8} | Bobby M. wilbanks | Acct #1; Payment #5; Installment payment on preferential transfer to roofing co. | 1249-000 | 500.00 | | 4,000.21 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.23 |
| 01/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #6; Installment payment on preference to roofer | 1249-000 | 500.00 | | 4,500.23 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,500.25 |
| 02/24/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #7; Monthly installment for money paid preferentially to roofer | 1249-000 | 500.00 | | 5,000.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.28 |
| 03/23/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #8; Montly installment on preference to roofer | 1249-000 | 500.00 | | 5,500.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,500.32 |
| 04/21/11 | {8} | Bobby Wilbanks | Acct #1; Payment #9; INstallment payment on preference to roofer | 1249-000 | 500.00 | | 6,000.32 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.36 |
| 05/20/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #10; Monthly installment on roofer preference payment | 1249-000 | 500.00 | | 6,500.36 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,500.41 |
| 06/20/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #11; Monthly installmentn on preference payment to roofer | 1249-000 | 500.00 | | 7,000.41 |

Subtotals: $7,000.41    $0.00

{} Asset reference(s)

Printed: 10/17/2012 02:22 PM    V.13.03

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-60990-JEM  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Taxpayer ID #:** **-***0748  
**Period Ending:** 10/17/12  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $83,330,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.46 |
| 07/18/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #12; Monthly installment on preference payment to roofer | 1249-000 | 500.00 | | 7,500.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.77 | 7,486.75 |
| 08/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #13; Installment payment on preference to roofer | 1249-000 | 500.00 | | 7,986.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,986.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,961.81 |
| 09/15/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #14; Monthly installment payment | 1249-000 | 500.00 | | 8,461.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,461.87 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,436.87 |
| 10/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #15; Installment payment for preference to roofer | 1249-000 | 500.00 | | 8,936.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,936.93 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,911.93 |
| 11/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #16; Monthly installment on preference to roofer | 1249-000 | 500.00 | | 9,411.93 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,412.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,387.00 |
| 12/21/11 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #17; installment payment on preference to roofer | 1249-000 | 500.00 | | 9,887.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,887.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,862.07 |
| 01/06/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #18; Installment payment on preference to roofer paid out of tax refund | 1249-000 | 500.00 | | 10,362.07 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,362.11 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,362.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,337.15 |
| 02/22/12 | {8} | Bobby Wilbanks | Acct #1; Payment #19; Montly installment payment to pay off preference payment to roofer | 1249-000 | 500.00 | | 10,837.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,812.15 |
| 03/09/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #20; Monthly installment to pay preference to roofer | 1249-000 | 500.00 | | 11,312.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,287.15 |
| 04/25/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #21; Montly installment to | 1249-000 | 500.00 | | 11,787.15 |

Subtotals : $5,000.51  $213.77

{} Asset reference(s)

Printed: 10/17/2012 02:22 PM  V.13.03

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-60990-JEM | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | | Bank Name: | The Bank of New York Mellon |
| | WILBANKS, KIMBERLY ANN | | Account: | 9200-******06-65 - Checking Account |
| Taxpayer ID #: | **-***0748 | | Blanket Bond: | $83,330,000.00  (per case limit) |
| Period Ending: | 10/17/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | pay roofer preference | | | | |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,762.15 |
| 05/31/12 | {8} | Bobby M. Wilbanks | Acct #1; Payment #22; For monthly payment for roofer preference | 1249-000 | 500.00 | | 12,262.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 12,235.64 |
| 06/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #23; Payment for preference to roofer | 1249-000 | 500.00 | | 12,735.64 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,710.64 |
| 07/15/12 | {8} | Bobby Wilbanks | Acct #1; Payment #24; Roofer preference-- monthly installment | 1249-000 | 500.00 | | 13,210.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.25 | 13,182.39 |
| 08/08/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #25; Monthly installment on repayment of preference to roofer | 1249-000 | 500.00 | | 13,682.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.66 | 13,653.73 |
| 09/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #26; Payoff of roofer preference claim by Debtors | 1249-000 | 370.79 | | 14,024.52 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 13,998.01 |
| | | | ACCOUNT TOTALS | | 14,371.71 | 373.70 | $13,998.01 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,371.71 | 373.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,371.71 | $373.70 | |

Net Receipts :          14,371.71

Net Estate :           $14,371.71

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******06-65 | 14,371.71 | 373.70 | 13,998.01 |
| | $14,371.71 | $373.70 | $13,998.01 |

{} Asset reference(s)

# Exhibit C

**Case:  10-60990-JEM**        **WILBANKS, BOBBY MANALCUS**

Claims Bar Date:  09/23/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Georgia's Own Credit Union<br>P.O. Box 105205<br>Atlanta, GA 30348<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/30/10 | | $10,974.88<br>$10,974.88 | $0.00 | $10,974.88 |
| 2 | Wells Fargo Bank, N.A.<br>c/o Smith, Gambrell & Russell, LLP,<br>Atlanta, GA 30309<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/13/10 | | $435,753.49<br>$435,753.49 | $0.00 | $435,753.49 |
| 3 | BB&T-Bankruptcy<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/11/10 | | $60,596.06<br>$60,596.06 | $0.00 | $60,596.06 |
| 4 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/10 | | $1,293.25<br>$1,293.25 | $0.00 | $1,293.25 |
| 5 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/24/10 | | $1,614.51<br>$1,614.51 | $0.00 | $1,614.51 |
| 6 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/22/10 | | $11,955.14<br>$11,955.14 | $0.00 | $11,955.14 |
| | | | **Case Total:** | | **$0.00** | **$522,187.33** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-60990-JEM
Case Name: WILBANKS, BOBBY MANALCUS
Trustee Name: Barbara B. Stalzer, Trustee

**Balance on hand:** $ 13,998.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,998.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Barbara B. Stalzer, Trustee | 2,187.17 | 0.00 | 2,187.17 |
| Trustee, Expenses - Barbara B. Stalzer, Trustee | 117.73 | 0.00 | 117.73 |
| Attorney for Trustee, Fees - Barbara B. Stalzer, Esq. | 767.00 | 0.00 | 767.00 |
| Accountant for Trustee, Fees - Stonebridge Accounting Strategies | 652.00 | 0.00 | 652.00 |
| Accountant for Trustee, Expenses - Stonebridge Accounting Strategies | 32.75 | 0.00 | 32.75 |

Total to be paid for chapter 7 administration expenses: $ 3,756.65
Remaining balance: $ 10,241.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,241.36

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,241.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,187.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Georgia's Own Credit Union | 10,974.88 | 0.00 | 215.25 |
| 2 | Wells Fargo Bank, N.A. | 435,753.49 | 0.00 | 8,546.18 |
| 3 | BB&T-Bankruptcy | 60,596.06 | 0.00 | 1,188.44 |
| 4 | Chase Bank USA,N.A | 1,293.25 | 0.00 | 25.36 |
| 5 | GE Money Bank | 1,614.51 | 0.00 | 31.66 |
| 6 | Fia Card Services, NA/Bank of America | 11,955.14 | 0.00 | 234.47 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,241.36 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**