UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE<br>WILBANKS, BOBBY MANALCUS<br>WILBANKS, KIMBERLY ANN<br><br>　　　　Debtors | CHAPTER 7<br><br>CASE NO. 10-60990 JM<br><br>JUDGE JAMES MASSEY |

## APPLICATION BY TRUSTEE FOR COMPENSATION

TO:　The Honorable JAMES MASSEY, Bankruptcy Judge

　　The application of Barbara B. Stalzer, Trustee, Trustee in Bankruptcy, brought pursuant to Section 330 of the United States Bankruptcy Code, respectfully shows that she is the duly-appointed Trustee in Bankruptcy in the above-captioned estate, that the assets of said debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $14,371.71.

　　In the administration of said estate, your applicant has performed those services required by a Trustee. The Trustee administered a preference payment to a roofer, which preference was paid with the Debtors' tax refund for 2009. The entire amount has been repaid. The Trustee has reviewed claims, caused the tax return to be filed, and complied with all reporting requirements during the pendency of the case.

　　The statutory allowance is the sum of $2,187.17 and your applicant has heretofore received $0.00 as such Trustee.

　　Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding attorney at law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of her own funds the following expenses properly chargeable to the estate for which she prays reimbursement, to wit:

| | |
|---|---|
| Bond Premium | $ 60.00 |
| Copies (25.0 ¢/Copy) | $ 33.50 |
| Postage | $ 24.23 |
| TOTAL | $ 117.73 |

WHEREFORE, Barbara B. Stalzer, Trustee prays for such allowance for her services and expenses herein as the court finds reasonable and just.

Dated: October 17, 2012

*Barbara B. Stalzer*
Barbara B. Stalzer, Trustee
Trustee in Bankruptcy
Bar #674236
60 Lenox Pointe
Atlanta, GA  30324
(404) 442-6933