IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. A10-60990-JEM |
| BOBBY MANALCUS WILBANKS and | ) | |
| KIMBERLY ANN WILBANKS | ) | |
| | ) | CHAPTER 7 |
| DEBTORS | ) | |

APPLICATION OF ACCOUNTANT FOR THE TRUSTEE
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES UNDER SECTION 330

The application of Stonebridge Accounting Strategies, Inc. respectfully represents:

1.

Stonebridge Accounting Strategies, Inc. was appointed by Court Order entered June 8, 2010, as the accountant for the Trustee with the duties described here.

2.

The accountant makes this application for compensation for services under Section 330(a)(1) and for reimbursement of expenses under Section 330(a)(2) for the period June 8, 2010 to October 17, 2012.

3.

The applicant seeks compensation for services as accountant for the Trustee and shows that a total of 2.9 hours has been devoted to this case. The services rendered are detailed by date, individual, description of services, and hours in Exhibit B.

4.

The applicant respectfully represents that the fair and reasonable value of services is as indicated in Exhibit B. The applicant, therefore, respectfully requests compensation in the amount of $652.50, the calculation of which is shown in Exhibit B.

5.

The applicant respectfully represents that the necessary and actual expenses incurred relative to this case during this period are as detailed in Exhibit B and request reimbursement in the amount of $32.75.

6.

The services provided are as detailed in Exhibit B which, in summary, involves the preparation of the bankruptcy Estate's initial and final income tax returns and related 11 USC §505(b) elections, and other outlined matters as directed by the Trustee.

7.

This is the first and final fee application.

8.

No agreement of understanding exists between the applicant and any other person or firm for the sharing of compensation which may be allowed to the applicant, and no such sharing or division shall be made.

9.

The applicant has not entered into any agreement, expressed or implied, with the Debtor or any other party in interest herein, or any attorney for any such persons for the purpose of fixing the amount of fees or any other compensation to be allowed out of or paid from the assets of the Debtor.

10.

Attached hereto and marked "Exhibit A" and made a part hereof is a statement of Spence A. Shumway that applicant is a disinterested party in this case.

11.

As included on Exhibit B and attached hereto, the initials SAS are for Spence A. Shumway who has billed his time at $225.00 per hour.

12.

WHEREFORE, Applicant respectfully prays that an allowance of $652.50 be granted to applicant as the fair and reasonable value of services rendered and that allowance of $32.75 be granted to applicant for actual and necessary expenses incurred as Accountant for the Trustee.

*[signature]*
BARBARA B. STALZER, TRUSTEE
Georgia State Bar No. 674236
Barbara Bell Stalzer, PC
60 Lenox Pointe, NE
Atlanta, GA 30324-3170
(404) 442-6933

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOBBY MANALCUS WILBANKS and | ) | CASE NO. A10-60990-JEM |
| KIMBERLY ANN WILBANKS | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| DEBTORS | ) | |

## AFFIDAVIT

STATE OF GEORGIA

COUNTY OF GWINNETT

Personally appeared before the undersigned Notary Public, SPENCE A. SHUMWAY, who, after being duly sworn, states on oath that he is a shareholder in Stonebridge Accounting Strategies, Inc., which is the accountant for the Debtor-in Possession in this matter and that they have held no beneficial interest, direct or indirect, in any equity or debt of the Debtor, either prior to or subsequent to the commencement of this case. Affiant further swears that the facts set forth in the foregoing Application for Compensation for Services and Reimbursement of Expenses are true and correct to the best of my information, knowledge and belief.

This 19 day of Oct., 2012

STONEBRIDGE ACCOUNTING STRATEGIES, INC.

By _____
Spence A. Shumway, President

Sworn to and subscribed before me,
this 19 day of Oct., 2012.

_____
Notary Public

LYNDA M. LOUNSBURY
Notary Public, Georgia
Gwinnett County
My Commission Expires
July 18, 2013

Exhibit A

STONEBRIDGE ACCOUNTING
STRATEGIES, INC
P.O. Box 1290
Grayson, GA 30017
EIN 58-1745888


Invoice submitted to:
Bobby M & Kimberly A Wilbanks Bankruptcy Estate
Case No. A10-60990-JEM
c/o B. Stalzer, Chapter 7 Trustee
Employment Order 6/8/2010


October 17, 2012


Invoice #13261


Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/25/2012 | SAS | Prepared the Estate's income tax returns and 11 USC §505(b) elections as follows: Form 1041 (.2), Accountant's Disclosure Statement (.2), Form 1040 (.3), Form 8948 (.2), Schedule 1 (.2), 11 USC §505(b) election (.2), Form GA501 (.2), GA Accountant's Disclosure Statement (.1), Form GA500 (.1), and the GA505(b) election (.1); and Prepared returns and elections for Trustee's review and signature (.3). | 2.10 | 472.50 |
| 10/3/2012 | SAS | Final processing and filing of the Estate's income tax returns and 11 USC §505(b) elections. | 0.80 | 180.00 |

For professional services rendered                2.90    $652.50

Additional Charges :

10/3/2012   Postage                                           17.00
            Copies  105 @ 15¢                                 15.75

Total additional charges                                      $32.75

Total amount of this bill                                    $685.25

Exhibit B