Form 210A (10/06)

# United States Bankruptcy Court
Northern District of GA (Atlanta)

In Re: BOBBY MANALCUS WILBANKS  
KIMBERLY ANN WILBANKS

Case No: 10-60990

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| Midland Funding LLC | GE Money Bank |
|---|---|
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Midland Funding LLC  
By its authorized agent Recoser, LLC  
25 SE 2nd Ave, Suite 1120  
Miami FL 33131-1605

Court Claim # (if known): 5  
Amount of Claim: $1,614.51  
Date Claim Filed: 8/24/2010

Phone: (305) 379-7674  
Last Four Digits of Acct # :8872

Phone: (305) 379-7674  
Last Four Digits of Acct # :8872

Name and Address where transferee payments  
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh  
-----------------------------------  
Ramesh Singh  
25 SE 2nd Ave, Suite 1120  
Miami FL 33131-1605  
claims-recoser@recoverycorp.com  
Transferee/Transferee's Agent

Date: January 17, 2013

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Waiver of Notice of Transfer of Claim

General Electric Capital Corporation, a Delaware Corporation and GE Money Bank, a federal savings bank (collectively "Transferor") sold and assigned certain claims to Capital Recovery, LLC ("Transferee") as of November 22, 2010. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, Florida 33131-1605. Said Claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proofs of claims with respect to the Accounts may have been filed under any of the following names: Monogram Credit Card Bank of Georgia ("MCCBG"); GE Money Bank ("GEMB") GE Sales Finance ("GESF")' GE Capital Corporation; General Electric Capital Corporation; GE consumer Card Corporation ("GECCCD"); GE Money bank c/o Recovery management Systems Corporation; Recovery Management Systems Corporation for GE Money Bank

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to any Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 300 (e)(2). Transferor specifically waives the right to receive notice of and object t the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

In Witness Whereof, Transferor has executed this Waiver by its duly authorized officer as of ___day of November 2010.

Transferor:

General Electric Capital Corporation

By: _____

Title: _____VP_____

Date: _____11-29-10_____

GE Money Bank

By: _____

Title: _____EVP_____

Date: _____11-29-10_____

# Bill of Sale

## CH 7 – Funding Date – November 22, 2010

   For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of the 25th day of August 2008, by and between General Electric Capital Corporation, a Delaware corporation and GE Money Bank, a federal savings bank (collectively "Seller") and Capital Recovery, LLC ("Buyer"), Seller herby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer between November 1, 2010 and November 30, 2010 as further described in the agreement.

General Electric Capital Corporation

By: _[signature]_

Title: _VP_

Date: _11-29-10_

GE Money Bank

By: _[signature]_

Title: _EVP_

Date: _11-29-10_



**Office of Thrift Supervision**

Department of the Treasury

*Northeast Region*

Harborside Financial Center, Plaza 5, Suite 1600, Jersey City, New Jersey 07311
Telephone: (201) 413-7360   Fax: (201) 413-7544

June 8, 2011

Mr. Kurt Grossheim
President and Chief Executive Officer
GE Money Bank
170 West Election Road, Suite 125
Draper, Utah 84020

Re: <u>OTS Docket No.: 15044</u>

Dear Mr. Grossheim:

This concerns the May 26, 2011 letter regarding the institution's intention to change its corporate title from GE Money Bank to GE Capital Retail Bank.

Pursuant to 12 C.F.R. § 543.1(b), you may proceed to change the institution's name in accordance with your charter. Please notify us in accordance with 12 C.F.R. § 552.4(b).

If you have any questions concerning this matter, please contact Meisha M. Bootman, Applications Analyst, at (201) 413-7334.

Very truly yours,

*Thomas B. Smith*

Thomas B. Smith
Manager
Corporate Activities Department

cc: Michael P. Moriarty, OTS/NE

## ASSIGNMENT OF ACCOUNTS AND
## WAIVER OF NOTICE OF TRANSFER OF CLAIMS

CAPITAL RECOVERY, LLC ("Seller") without recourse, assigns and delivers to Capital Recovery IV, LLC ("Buyer") all right, title and interest in and to (i) certain unsecured consumer line of credit accounts and consumer credit card accounts (the "Accounts") which are described on computer files furnished by Seller to Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of the Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 29th day of November, 2010.

CAPITAL RECOVERY, LLC

By:_____
Ramesh Singh
Chief Financial Officer

GERSF_20101121_Ch07

Capital Recovery IV, LLC

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

Capital Recovery IV, LLC ("**Seller**"), for value received, without recourse, assigns, sells and delivers to Midland Funding LLC ("**Buyer**") all right, title and interest in and to (i) certain accounts (the "**Accounts**") which are described in those certain electronic files named RMSC Inventory 12-6-2012 Encore File 1.txt, RMSC Inventory 12-6-2012 Encore File 2.txt, RMSC Inventory 12-6-2012 Encore File 3.txt, RMSC Inventory 12-6-2012 Encore File 4.txt, RMSC Inventory 12-6-2012 Encore File 5 (part 1).txt, RMSC Inventory 12-6-2012 Encore File 5 (part 2).txt, each dated December 6, 2012, pursuant to the terms of that certain Purchase and Sale Agreement dated as of December 13, 2012, by and among various parties, including Seller and Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with any interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

Dated: December 13, 2012

Capital Recovery IV, LLC

By: Capital Recovery MM IV, LLC, Managing Member

By: _____

Name: _____RAMESH SINGH_____

Title: _____MANAGER_____

Capital Recovery IV, LLC

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

  Capital Recovery IV, LLC ("**Seller**"), for value received, without recourse, assigns, sells and delivers to Midland Funding LLC ("**Buyer**") all right, title and interest in and to (i) certain accounts (the "**Accounts**") which are described in those certain electronic files named RMSC Inventory 12-6-2012 Encore File 1 – Second.txt; RMSC Inventory 12-6-2012 Encore File 2 – Second.txt; RMSC Inventory 12-6-2012 Encore File 3 – Second.txt; RMSC Inventory 12-6-2012 Encore File 4 – Second.txt; and RMSC Inventory 12-6-2012 Encore File 5 – Second.txt, each dated December 6, 2012, pursuant to the terms of that certain Purchase and Sale Agreement dated as of December 13, 2012, and of that certain First Amendment to Purchase and Sale Agreement dated as of December 27, 2012, by and among various parties, including Seller and Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with any interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

  Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

Dated: December 31, 2012


Capital Recovery IV, LLC

By: Capital Recovery MM IV, LLC, Managing Member

By: _____[signature]_____

Name: RAMESH SINGH

Title: MANAGER