# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re: WILBANKS, BOBBY MANALCUS § Case No. 10-60990
   WILBANKS, KIMBERLY ANN § 
    §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Barbara B. Stalzer, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $545,378.00     Assets Exempt: $23,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,241.36    Claims Discharged
   Without Payment: $516,874.66

Total Expenses of Administration: $4,130.35

  3) Total gross receipts of $ 14,371.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,371.71 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $534,846.00 | $10,974.88 | $10,974.88 | $215.25 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,130.35 | 4,130.35 | 4,130.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 632,734.52 | 511,212.45 | 511,212.45 | 10,026.11 |
| **TOTAL DISBURSEMENTS** | $1,167,580.52 | $526,317.68 | $526,317.68 | $14,371.71 |

4) This case was originally filed under Chapter 7 on January 12, 2010. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2013          By: /s/Barbara B. Stalzer, Trustee
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential payment to roofer | 1249-000 | 14,370.79 |
| Interest Income | 1270-000 | 0.92 |
| **TOTAL GROSS RECEIPTS** | | **$14,371.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Georgia's Own Credit Union | 4110-000 | 15,012.00 | 10,974.88 | 10,974.88 | 215.25 |
| NOTFILED | Wffinancial | 4110-000 | 505,834.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgias Own Cu | 4110-000 | 14,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$534,846.00** | **$10,974.88** | **$10,974.88** | **$215.25** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barbara B. Stalzer, Trustee | 2100-000 | N/A | 2,187.17 | 2,187.17 | 2,187.17 |
| Barbara B. Stalzer, Trustee | 2200-000 | N/A | 117.73 | 117.73 | 117.73 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Barbara B. Stalzer, Esq. | 3110-000 | N/A | 767.00 | 767.00 | 767.00 |
| Stonebridge Accounting Strategies | 3410-000 | N/A | 652.00 | 652.00 | 652.00 |
| Stonebridge Accounting Strategies | 3420-000 | N/A | 32.75 | 32.75 | 32.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 13.77 | 13.77 | 13.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.51 | 26.51 | 26.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.25 | 28.25 | 28.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.66 | 28.66 | 28.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.51 | 26.51 | 26.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,130.35 | $4,130.35 | $4,130.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Bank, N.A. | 7100-000 | 435,457.83 | 435,753.49 | 435,753.49 | 8,546.18 |
| 3 | BB&T-Bankruptcy | 7100-000 | 167,880.06 | 60,596.06 | 60,596.06 | 1,188.44 |
| 4 | Chase Bank USA,N.A | 7100-000 | 592.89 | 1,293.25 | 1,293.25 | 25.36 |
| 5 | GE Money Bank | 7100-000 | 1,781.42 | 1,614.51 | 1,614.51 | 31.66 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | 11,334.00 | 11,955.14 | 11,955.14 | 234.47 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 6,053.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 3,351.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagostics | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Verint Video Solutions, Inc | 7100-000 | 6,228.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$632,734.52** | **$511,212.45** | **$511,212.45** | **$10,026.11** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 10-60990  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Period Ending:** 07/28/13  

**Trustee:** (300060)  Barbara B. Stalzer, Trustee  
**Filed (f) or Converted (c):** 01/12/10 (f)  
**§341(a) Meeting Date:** 02/08/10  
**Claims Bar Date:** 09/23/10  

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 943 Lake Stone Lea, Oxford, Ga 5000 sq ft single  Orig. Asset Memo: Imported from original petition Doc# 1 | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4 televisions, furniture: living room and 3 bedr  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  3/01/08  Last Active  9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile | 5,200.00 | 0.00 | | 0.00 | FA |
| 3 | 500 cds, pictures and books  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  3/01/08  Last Active  9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing for the family  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  3/01/08  Last Active  9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2008 Tax Refund  Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  3/01/08  Last Active  9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single; Imported from Amended Doc#: 16; Original asset description: 2002 Sandpiper 38 foot pull-behind travel traile  (See Footnote) | 11,618.00 | 4,143.00 | | 0.00 | FA |
| 6 | 2005 Ford Expedition XLJ Mileage: 83000 miles in  Orig. Asset Memo: Imported from original petition Doc# 1 | 9,225.00 | 0.00 | | 0.00 | FA |
| 7 | 2002 Sandpiper 38 foot pull-behind travel traile  Orig. Asset Memo: Imported from Amended Doc#: | 17,835.00 | 2,823.00 | | 0.00 | FA |

Printed: 07/28/2013 01:20 PM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60990  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Period Ending:** 07/28/13

**Trustee:** (300060) Barbara B. Stalzer, Trustee  
**Filed (f) or Converted (c):** 01/12/10 (f)  
**§341(a) Meeting Date:** 02/08/10  
**Claims Bar Date:** 09/23/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 16; Original asset description: Opened 3/01/08 Last Active 9/23/09 Mortgage 943 Lake Stone Lea Drive Oxford, Ga 5000 sq ft single | | | | | |
| 8 | Preferential payment to roofer (u) (See Footnote) | 14,370.79 | 14,370.79 | | 14,370.79 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.92 | FA |
| 9 | Assets  Totals (Excluding unknown values) | **$559,748.79** | **$21,336.79** | | **$14,371.71** | **$0.00** |

RE PROP# 5     Debtors used tax refund to pay roofer (preferentially).  Debtors are paying estate $500.00 per month  
                      pursuant to a compromise and settlement.  
RE PROP# 8     Trustee has received all funds for the preference and is preparing to file the closing package

**Major Activities Affecting Case Closing:**

Trustee has collected all funds from debtors for the preference paid to the roofer. Trustee will prepare the closing package for submission to the UST.

**Initial Projected Date Of Final Report (TFR):**     October 31, 2012         **Current Projected Date Of Final Report (TFR):**     November 28, 2012  (Actual)

Printed: 07/28/2013 01:20 PM     V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-60990  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Taxpayer ID #:** **-***0748  
**Period Ending:** 07/28/13

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $82,585,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | {8} | Bobby M. Wilbanks | Acct #1; Payment #0; Per agreement with Debtor to repay money to roofer paid preferentially | 1249-000 | 1,000.00 | | 1,000.00 |
| 07/22/10 | {8} | Bobby and Kimberly Wilbanks | Installment payment for preferential payment to roofer | 1249-000 | 500.00 | | 1,500.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,500.07 |
| 08/19/10 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #1; Installment payment for preference payment to roofer | 1249-000 | 500.00 | | 2,000.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 2,000.16 |
| 09/22/10 | {8} | Bobby M. and Kimberly wilbanks | Acct #1; Payment #2; Installment per agreement with Debtor | 1249-000 | 500.00 | | 2,500.16 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.17 |
| 10/20/10 | {8} | Kimberly Wilbanks | Acct #1; Payment #3; Installment payment on preference payment to roofer per agreement | 1249-000 | 500.00 | | 3,000.17 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.19 |
| 11/22/10 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #4; Monthly Installment payment per agreement and court order | 1249-000 | 500.00 | | 3,500.19 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.21 |
| 12/17/10 | {8} | Bobby M. wilbanks | Acct #1; Payment #5; Installment payment on preferential transfer to roofing co. | 1249-000 | 500.00 | | 4,000.21 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.23 |
| 01/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #6; Installment payment on preference to roofer | 1249-000 | 500.00 | | 4,500.23 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,500.25 |
| 02/24/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #7; Monthly installment for money paid preferentially to roofer | 1249-000 | 500.00 | | 5,000.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.28 |
| 03/23/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #8; Montly installment on preference to roofer | 1249-000 | 500.00 | | 5,500.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,500.32 |
| 04/21/11 | {8} | Bobby Wilbanks | Acct #1; Payment #9; INstallment payment on preference to roofer | 1249-000 | 500.00 | | 6,000.32 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.36 |
| 05/20/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #10; Monthly installment on roofer preference payment | 1249-000 | 500.00 | | 6,500.36 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,500.41 |
| 06/20/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #11; Monthly installmentn on preference payment to roofer | 1249-000 | 500.00 | | 7,000.41 |

Subtotals :    $7,000.41    $0.00

{} Asset reference(s)

Printed: 07/28/2013 01:20 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-60990 | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | | Bank Name: | The Bank of New York Mellon |
| | WILBANKS, KIMBERLY ANN | | Account: | 9200-******06-65 - Checking Account |
| Taxpayer ID #: | **-***0748 | | Blanket Bond: | $82,585,000.00 (per case limit) |
| Period Ending: | 07/28/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.46 |
| 07/18/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #12; Monthly installment on preference payment to roofer | 1249-000 | 500.00 | | 7,500.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.77 | 7,486.75 |
| 08/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #13; Installment payment on preference to roofer | 1249-000 | 500.00 | | 7,986.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,986.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,961.81 |
| 09/15/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #14; Monthly installment payment | 1249-000 | 500.00 | | 8,461.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,461.87 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,436.87 |
| 10/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #15; Installment payment for preference to roofer | 1249-000 | 500.00 | | 8,936.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,936.93 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,911.93 |
| 11/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #16; Monthly installment on preference to roofer | 1249-000 | 500.00 | | 9,411.93 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,412.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,387.00 |
| 12/21/11 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #17; installment payment on preference to roofer | 1249-000 | 500.00 | | 9,887.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,887.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,862.07 |
| 01/06/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #18; Installment payment on preference to roofer paid out of tax refund | 1249-000 | 500.00 | | 10,362.07 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,362.11 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,362.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,337.15 |
| 02/22/12 | {8} | Bobby Wilbanks | Acct #1; Payment #19; Montly installment payment to pay off preference payment to roofer | 1249-000 | 500.00 | | 10,837.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,812.15 |
| 03/09/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #20; Monthly installment to pay preference to roofer | 1249-000 | 500.00 | | 11,312.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,287.15 |
| 04/25/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #21; Montly installment to | 1249-000 | 500.00 | | 11,787.15 |

Subtotals : $5,000.51  $213.77

{} Asset reference(s)            Printed: 07/28/2013 01:20 PM    V.13.13

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-60990  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Taxpayer ID #:** **-***0748  
**Period Ending:** 07/28/13  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $82,585,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | pay roofer preference | | | | |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,762.15 |
| 05/31/12 | {8} | Bobby M. Wilbanks | Acct #1; Payment #22; For monthly payment for roofer preference | 1249-000 | 500.00 | | 12,262.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 12,235.64 |
| 06/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #23; Payment for preference to roofer | 1249-000 | 500.00 | | 12,735.64 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,710.64 |
| 07/15/12 | {8} | Bobby Wilbanks | Acct #1; Payment #24; Roofer preference-- monthly installment | 1249-000 | 500.00 | | 13,210.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.25 | 13,182.39 |
| 08/08/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #25; Monthly installment on repayment of preference to roofer | 1249-000 | 500.00 | | 13,682.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.66 | 13,653.73 |
| 09/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #26; Payoff of roofer preference claim by Debtors | 1249-000 | 370.79 | | 14,024.52 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 13,998.01 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030006088 20130103 | 9999-000 | | 13,998.01 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 14,371.71 | 14,371.71 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 13,998.01 | |
| | | **Subtotal** | | | 14,371.71 | 373.70 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$14,371.71** | **$373.70** | |

{} Asset reference(s)    Printed: 07/28/2013 01:20 PM    V.13.13

Exhibit 9

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-60990  
**Case Name:** WILBANKS, BOBBY MANALCUS  
WILBANKS, KIMBERLY ANN  
**Taxpayer ID #:** **-***0748  
**Period Ending:** 07/28/13  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****691165 - Checking Account  
**Blanket Bond:** $82,585,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,998.01 | | 13,998.01 |
| 01/08/13 | 11001 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $2,187.17, Trustee Compensation;  Reference: | 2100-000 | | 2,187.17 | 11,810.84 |
| 01/08/13 | 11002 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $117.73, Trustee Expenses;  Reference: | 2200-000 | | 117.73 | 11,693.11 |
| 01/08/13 | 11003 | Stonebridge Accounting Strategies | Dividend paid 100.00% on $652.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 652.00 | 11,041.11 |
| 01/08/13 | 11004 | Stonebridge Accounting Strategies | Dividend paid 100.00% on $32.75, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 32.75 | 11,008.36 |
| 01/08/13 | 11005 | Barbara B. Stalzer, Esq. | Dividend paid 100.00% on $767.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 767.00 | 10,241.36 |
| 01/08/13 | 11006 | Georgia's Own Credit Union | Dividend paid   1.96% on $10,974.88; Claim# 1; Filed: $10,974.88; Reference: | 4110-000 | | 215.25 | 10,026.11 |
| 01/08/13 | 11007 | Wells Fargo Bank, N.A. | Dividend paid   1.96% on $435,753.49; Claim# 2; Filed: $435,753.49; Reference: | 7100-000 | | 8,546.18 | 1,479.93 |
| 01/08/13 | 11008 | BB&T-Bankruptcy | Dividend paid   1.96% on $60,596.06; Claim# 3; Filed: $60,596.06; Reference: | 7100-000 | | 1,188.44 | 291.49 |
| 01/08/13 | 11009 | Chase Bank USA,N.A | Dividend paid   1.96% on $1,293.25; Claim# 4; Filed: $1,293.25; Reference: | 7100-000 | | 25.36 | 266.13 |
| 01/08/13 | 11010 | GE Money Bank | Dividend paid   1.96% on $1,614.51; Claim# 5; Filed: $1,614.51; Reference: | 7100-000 | | 31.66 | 234.47 |
| 01/08/13 | 11011 | Fia Card Services, NA/Bank of America | Dividend paid   1.96% on $11,955.14; Claim# 6; Filed: $11,955.14; Reference: | 7100-000 | | 234.47 | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | | 13,998.01 | 13,998.01 | $0.00 |
| Less: Bank Transfers | | 13,998.01 | 0.00 | |
| **Subtotal** | | 0.00 | 13,998.01 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$13,998.01** | |

{} Asset reference(s)

Printed: 07/28/2013 01:20 PM        V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 10-60990 | **Trustee:** Barbara B. Stalzer, Trustee (300060) |
| **Case Name:** WILBANKS, BOBBY MANALCUS | **Bank Name:** Rabobank, N.A. |
| WILBANKS, KIMBERLY ANN | **Account:** ****691165 - Checking Account |
| **Taxpayer ID #:** **-***0748 | **Blanket Bond:** $82,585,000.00  (per case limit) |
| **Period Ending:** 07/28/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :     14,371.71

Net Estate :     $14,371.71

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******06-65** | 14,371.71 | 373.70 | 0.00 |
| **Checking # ****691165** | 0.00 | 13,998.01 | 0.00 |
| | $14,371.71 | $14,371.71 | $0.00 |

{} Asset reference(s)

Printed: 07/28/2013 01:20 PM     V.13.13