**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:   **Bobby Manalcus Wilbanks**
Debtor(s)
943 Lake Stone Lea Drive
Oxford, GA 30054

xxx−xx−4745

**Kimberly Ann Wilbanks**
943 Lake Stone Lea Drive
Oxford, GA 30054

xxx−xx−0417

Case No.: **10−60990−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **1/17/19**

Government proof of claim: **01/17/19**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  October 19, 2018

Form ntcpoc