**PLEASE TYPE OR PRINT**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: See attached list _____

Case No.: _____    Chapter: _____

**Change of Address for**:
 Debtor ☐   Creditor ☐   Attorney for Debtor ✔   Attorney for Creditor ☐

**Change for:**
 Notices ONLY ☐   Payments ONLY ✔   Notices and Payments ☐

EFFECTIVE DATE OF CHANGE: 10/23/2018

Name: Georgia's Own Credit Union

Prior Address: Post Office Box 105205
Atlanta, GA  30348

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

New Address: Georgia's Own Credit Union
100 Peachtree St., NW, Suite 2800
Atlanta, GA  30303

Change of Address Was Furnished By:   Debtor ☐   Creditor ☐   Attorney ✔

Date: 11/26/2018    Signature of Filer: /s/ James E. Sorenson
Telephone Number: 866-295-8585

**IF FILED BY ATTORNEY**

Attorney Name: James E. Sorenson

Bar ID: 667060
Address: Post Office Box 3637
Tallahassee, FL  32315-3637

Revised August 2012

# Select a Case

There were 16 matching persons.

There were 166 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Georgia's Own Credit Union (cr) (64 cases) | 10-60990-wlh | Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks | 7 | 01/12/10 | Creditor | N / A |
| | 13-54209-sms | Troy John Wilson and Demitra Lashonda Wilson | 7 | 02/28/13 | Creditor | N / A |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | ■ | ■ | ■ | ■ | | |
| | 14-64124-pmb | Stephen P O'Hare and Valerie Anne O'Hare | 13 | 07/22/14 | Creditor | N / A |
| | 14-65813-pmb | Sheilah Karen Gravitt | 13 | 08/13/14 | Creditor | N / A |



| Case | Name | Ch | Date | Role | |
|---|---|---|---|---|---|
| 14-74666-lrc | Angela Faye Chance | 13 | 12/18/14 | Creditor | N / A |
| 14-74992-pmb | Malcolm Mccrary | 13 | 12/23/14 | Creditor | N / A |
| 15-53078-lrc | Sharon Renee Jester | 13 | 02/18/15 | Creditor | N / A |
| 15-60879-pmb | Ronald Douglas Buice and Susan Elaine Little-Buice | 13 | 06/11/15 | Creditor | N / A |
| 15-61415-pmb | Beverly Ann Brewster | 13 | 06/22/15 | Creditor | N / A |
| 16-10124-whd | Robbin Maria Mack | 13 | 01/21/16 | Creditor | N / A |
| 16-12258-whd | Rose Cassandra Atkins | 13 | 11/09/16 | Creditor | N / A |

Georgia Northern Bankruptcy CM/ECF v5.1.3 LIVE DB — Page 3 of 10
Case 10-60990-wlh   Doc 69   Filed 11/27/18   Entered 11/27/18 12:00:43   Desc Main
Document   Page 4 of 11

| Case | Name | Ch | Date | Role | |
|---|---|---|---|---|---|
| 16-52272-pmb | John Scott McCollum | 13 | 02/05/16 | Creditor | N / A |
| 16-56429-pmb | Alonna Re'ne Gale | 13 | 04/12/16 | Creditor | N / A |
| 16-56465-lrc | Brenda Lee Johnson | 13 | 04/12/16 | Creditor | N / A |
| 16-60551-lrc | April Nicole Adams | 13 | 06/17/16 | Creditor | N / A |
| 17-55916-lrc | DuShawn Lane Brooks and Tamika M Spirling-Brooks | 13 | 03/31/17 | Creditor | N / A |
| 17-56091-pmb | | 13 | 04/03/17 | Creditor | N / A |



https://ecf.ganb.uscourts.gov/cgi-bin/iquery.pl?656948279627784-L_1_0-1   11/27/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Timothy Quentin Penn | | | | |
| | 17-58739-lrc | Benjamin Madison Upton | 13 | 05/16/17 | Creditor | N / A |
| | 17-64567-lrc | Lisa Andrea Thomas | 13 | 08/21/17 | Creditor | N / A |
| | 17-70404-pmb | Arnesia Michelle McKinney | 13 | 11/22/17 | Creditor | N / A |
| | 18-21769-jrs | Jeffery Scott Ray and Dana Cherie Ray | 7 | 09/05/18 | Creditor | N / A |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | 18-62768-pmb | Erik Brent Grimsrud | 13 | 08/02/18 | Creditor | N / A |
| | 18-62785-pmb | Drunell Ficklin Cammon | 13 | 08/02/18 | Creditor | N / A |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| Georgia's Own Credit Union (cr) (8 cases) | 15-11387-whd | Tiffany Strand Cook | 13 | 06/30/15 | Creditor | N / A |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | 15-62203-pmb | Gina Elease Tolbert | 13 | 07/02/15 | Creditor | N / A |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |
| | 15-67261-pmb | Gregory Sidney Ricks and Yvette Francines Hardrick | 13 | 09/08/15 | Creditor | N / A |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓ | ▓▓▓▓▓ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Georgia's Own Credit Union (cr) (2 cases) | 16-64076-pmb | Carrie Bell Jefferson | 13 | 08/11/16 | Creditor | N / A |
| Georgia's Own Credit Union (cr) (5 cases) | 16-12258-whd | Rose Cassandra Atkins | 13 | 11/09/16 | Creditor | N / A |
| | 16-67425-pmb | Marvin Otto Ragsdale | 7 | 10/01/16 | Creditor | N / A |
| | 16-66600-pmb | Kenneth Leroy Kendrick | 13 | 09/20/16 | Creditor | N / A |
| Georgia's Own Credit Union (cr) (1 case) | 16-66513-lrc | David Pierre Luhr and Maria Ann Luhr | 13 | 09/19/16 | Creditor | N / A |
| Georgia's Own Credit | 17-70035-lrc | Valerie Ann Mejia | 13 | 11/15/17 | Creditor | N / A |

Union (cr)
(14 cases)



| Case | Debtor | Ch | Date Filed | Role | |
|---|---|---|---|---|---|
| 17-70354-lrc | Flavio Moises Prado | 13 | 11/21/17 | Creditor | N / A |
| 18-51696-pmb | Letiva Shate Morgan | 13 | 02/01/18 | Creditor | N / A |
| 18-52575-wlh | Jacob Anthony Mitchell | 7 | 02/14/18 | Creditor | N / A |
| 18-53941-lrc | Kecia Jeanine McDonald | 13 | 03/06/18 | Creditor | N / A |
| 18-54356-pwb | Charlie Wilkerson and Wanda Wilkerson | 7 | 02/25/18 | Creditor | N / A |

Georgia's Own Credit Union

| 16-72117-pmb | Dwight Albelto Gibson | 13 | 12/11/16 | Creditor | N / A |

Union (cr) (1 case)

Georgia's

| | | | | | |
|---|---|---|---|---|---|
| 17-66838-pmb | Onida Chenoa Balli-Nuriddin | 7 | 09/28/17 | Creditor | N / A |
| 17-70672-pmb | Jonathan Edwin Adkins and Ebony Jones Adkins | 13 | 11/30/17 | Creditor | N / A |
| 18-11912-whd | Adam Mead Uglum | 7 | 09/14/18 | Creditor | N / A |
| 18-53360-pmb | Alex Ivanovich Prokopcuks and Moret Lynn Prokopcuks | 7 | 02/28/18 | Creditor | N / A |
| 18-61220-sms | Courtney Michelle Forbes and Christin Melissa Cobb | 7 | 07/05/18 | Creditor | N / A |
| 18-65362-wlh | Karen Laynetta Underwood | 13 | 09/13/18 | Creditor | N / A |
| 18-65441-wlh | | 7 | 09/14/18 | Creditor | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Shaunarey Kewanna Rogers | | | | |
| | 18-66031-pmb | Kate C Hale | 7 | 09/25/18 | Creditor | N / A |
| | 18-68533-lrc | Terri Ruth Brooks-Joseph | 13 | 11/03/18 | Creditor | N / A |
| Georgia's Own Credit Union (cr) (43 cases) | 17-10956-whd | Crystal Cecelia Smith | 7 | 05/05/17 | Creditor | N / A |
| | 17-21878-jrs | Bryan George Urquhart | 7 | 10/03/17 | Creditor | N / A |
| | 17-22368-jrs | David Alan Marshall and Victoria Michelle Marshall | 7 | 12/11/17 | Creditor | N / A |
| | 17-51288-pmb | Nakia Bretai White | 13 | 01/24/17 | Creditor | N / A |
| | 17-54623-bem | Theodore Shoulders and Barbara Nell Shoulders | 13 | 03/10/17 | Creditor | N / A |
| | 17-59796-lrc | Cindy Johnson Dukes | 13 | 06/05/17 | Creditor | N / A |
| | 17-63352-pmb | Lewis Windol Carter and Vanessa Malcome Carter | 13 | 07/31/17 | Creditor | N / A |
| | 17-63855-sms | Rhoda Masha Daniel | 13 | 08/07/17 | Creditor | N / A |
| | 17-64728-bem | Gloria Marie Koester | 13 | 08/23/17 | Creditor | N / A |

| | | | | | |
|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| 17-66220-pmb | Enrique Reyes, Jr. and Doris Maria Reyes | 13 | 09/18/17 | Creditor | N / A |
| 17-66489-pwb | Shirley Ann Price | 13 | 09/21/17 | Creditor | N / A |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| 17-67029-lrc | Emeka LaTonya Wolfe-Norman | 13 | 09/29/17 | Creditor | N / A |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| ▮▮▮ | ▮▮▮ | | ▮▮▮ | | |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| 18-50492-pmb | Charles Cecil Dodson | 13 | 01/10/18 | Creditor | N / A |
| 18-50553-sms | George Edward Woodward and Maria Lourdes Woodward | 13 | 01/12/18 | Creditor | N / A |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| 18-51213-sms | Cheryl Diane Williams | 13 | 01/25/18 | Creditor | N / A |
| 18-53871-lrc | Troy Joshua Grant | 13 | 03/05/18 | Creditor | N / A |
| 18-54369-sms | Adria Louise Walker | 13 | 03/13/18 | Creditor | N / A |
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ | | |
| 18-57894-pwb | Tammy Latrelle Clayton and Kevin Kurtis Clayton | 13 | 05/08/18 | Creditor | N / A |
| 18-58360-lrc | Bernice Crawl | 13 | 05/18/18 | Creditor | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-59605-lrc | Jacqueline Elise Key | 13 | 06/07/18 | Creditor | N / A |
| 18-60194-pwb | Robin Gray-Williams | 7 | 06/19/18 | Creditor | N / A |
| ███ | ███ | █ | | ███ | |
| 18-65510-pmb | Damar Anthony Cottrell | 7 | 09/17/18 | Creditor | N / A |
| 18-65964-pmb | Corliss Renee Adeleke | 13 | 09/24/18 | Creditor | N / A |
| 18-66512-lrc | Kai-Nika Carroll | 13 | 10/01/18 | Creditor | N / A |
| 18-66869-bem | Robert Alexander Rife | 13 | 10/05/18 | Creditor | N / A |
| ███ | ███ | █ | | ███ | |
| ███ | ███ | █ | | ███ | |
| 17-41058-pwb | Billy Tyler Copeland | 13 | 05/02/17 | Creditor | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/26/2018 12:18:55 | | | |
| **PACER Login:** | atty2015:2604287:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Georgia's Own Credit Union Open Cases: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |