# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| | |
|---|---|
| **Case No.:** 10-60990-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** WILBANKS, BOBBY MANALCUS | **Date Filed (f) or Converted (c):** 01/12/2010 (f) |
| WILBANKS, KIMBERLY ANN | **§ 341(a) Meeting Date:** 02/08/2010 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 01/17/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 943 Lake Stone Lea Drive, Oxford, GA 5000 sq ft single | 500,000.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. | | | | | |
| 2 | 4 televisions, furniture: living room and 3 bedrooms, kitchen, dining | 5,200.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. | | | | | |
| 3 | 500 cds, pictures and books | 500.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. | | | | | |
| 4 | Clothing for the family | 1,000.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. | | | | | |
| 5* | 2008 Tax Refund | 11,618.00 | 4,143.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. (See Footnote) | | | | | |
| 6 | 2005 Ford Expedition XLJ Mileage: 83000 miles | 9,225.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. | | | | | |
| 7 | 2002 Sandpiper 38 foot pull-behind travel trailer | 17,835.00 | 2,823.00 | OA | 0.00 | FA |
| | Abandoned per §554(c) on 9/6/13 when case originally closed. | | | | | |
| 8 | Preferential payment to roofer (u) | 14,370.79 | 14,370.79 | | 14,370.79 | FA |
| 9* | Claim for Ethicon Pelvic Mesh (u) (See Footnote) | 80,000.00 | 39,151.34 | | 0.00 | 80,000.00 |
| 10* | Claim for Ethicon Pelvic Mesh (u) (See Footnote) | 13,000.00 | 3,000.00 | | 0.00 | 13,000.00 |
| INT | INTEREST (u) | Unknown | N/A | | 0.92 | Unknown |
| 11 | **Assets      Totals**     (Excluding unknown values) | **$652,748.79** | **$63,488.13** | | **$14,371.71** | **$93,000.00** |

RE PROP# 5   Debtors used tax refund to pay roofer (preferentially). Debtors paid estate $500.00 per month pursuant to a compromise and settlement.

RE PROP# 9   Trustee filed an objection to Debtor's exemption (Dkt # 64) which remains unresolved pending the final resolution of the two personal injury settlements. Exemption projected to be $3,081.50.

RE PROP# 10  Debtor received a net payment of $2,870.47 after attorney fees & expenses from the $13,000 settlement. Trustee will resolve payment with exemption resolutions. See open objection to exemption (Dkt # 64).

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 10-60990-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** WILBANKS, BOBBY MANALCUS<br>WILBANKS, KIMBERLY ANN | **Date Filed (f) or Converted (c):** 01/12/2010 (f) |
| | **§ 341(a) Meeting Date:** 02/08/2010 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 01/17/2019 |

**Major Activities Affecting Case Closing:**

This case was originally filed as a Chapter 7 case on 1/12/10. Barbara Stalzer was appointed the Chapter 7 Trustee. Ms. Stalzer administered the assets of the bankruptcy estate, made a distribution to unsecured creditor and the case closed on 9/6/13.

Around June 2018, the Settlement Alliance notified the United States Trustee that Ms. Wilbanks is entitled to one or monetary awards on account of a personal injury claim that arose prior to the filing of the petition. The case was reopened and S. Gregory Hays was appointed the successor Trustee.

Medical liens against the settlement proceeds have been resolved and special counsel has been employed. Trustee is in the process of preparing and resolving the settlement documents, requesting payment of special counsel and preparing motion to approve same.

**Initial Projected Date Of Final Report (TFR):**   10/31/2012    **Current Projected Date Of Final Report (TFR):**   12/31/2020

07/30/2020                                                                                       /s/S. Gregory Hays
_____                                                                     _____
Date                                                                                                  S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 10-60990-WLH | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | | Bank Name: | The Bank of New York Mellon |
| | WILBANKS, KIMBERLY ANN | | Account #: | **********0665 Checking Account |
| Taxpayer ID #: | **-***0748 | | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 06/30/2020 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/10 | {8} | Bobby M. Wilbanks | Acct #1; Payment #0; Per agreement with Debtor to repay money to roofer paid preferentially | 1241-000 | 1,000.00 | | 1,000.00 |
| 07/22/10 | {8} | Bobby and Kimberly Wilbanks | Installment payment for preferential payment to roofer | 1241-000 | 500.00 | | 1,500.00 |
| 07/30/10 | | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,500.07 |
| 08/19/10 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #1; Installment payment for preference payment to roofer | 1241-000 | 500.00 | | 2,000.07 |
| 08/31/10 | | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 2,000.16 |
| 09/22/10 | {8} | Bobby M. and Kimberly wilbanks | Acct #1; Payment #2; Installment per agreement with Debtor | 1241-000 | 500.00 | | 2,500.16 |
| 09/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.17 |
| 10/20/10 | {8} | Kimberly Wilbanks | Acct #1; Payment #3; Installment payment on preference payment to roofer per agreement | 1241-000 | 500.00 | | 3,000.17 |
| 10/29/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.19 |
| 11/22/10 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #4; Monthly Installment payment per agreement and court order | 1241-000 | 500.00 | | 3,500.19 |
| 11/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.21 |
| 12/17/10 | {8} | Bobby M. wilbanks | Acct #1; Payment #5; Installment payment on preferential transfer to roofing co. | 1241-000 | 500.00 | | 4,000.21 |
| 12/31/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.23 |
| 01/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #6; Installment payment on preference to roofer | 1241-000 | 500.00 | | 4,500.23 |
| 01/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,500.25 |
| 02/24/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #7; Monthly installment for money paid preferentially to roofer | 1241-000 | 500.00 | | 5,000.25 |
| 02/28/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.28 |
| 03/23/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #8; Montly installment on preference to roofer | 1241-000 | 500.00 | | 5,500.28 |
| 03/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,500.32 |
| 04/21/11 | {8} | Bobby Wilbanks | Acct #1; Payment #9; INstallment payment on preference to roofer | 1241-000 | 500.00 | | 6,000.32 |
| 04/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.36 |
| 05/20/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #10; Monthly installment on roofer preference payment | 1241-000 | 500.00 | | 6,500.36 |

**Page Subtotals:** $6,500.36    $0.00

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | The Bank of New York Mellon |
|  | WILBANKS, KIMBERLY ANN | Account #: | **********0665 Checking Account |
| **Taxpayer ID #:** | **-***0748 | Blanket Bond (per case limit): | $30,203,000.00 |
| **For Period Ending:** | 06/30/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,500.41 |
| 06/20/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #11; Monthly installmentn on preference payment to roofer | 1241-000 | 500.00 |  | 7,000.41 |
| 06/30/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,000.46 |
| 07/18/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #12; Monthly installmentn on preference payment to roofer | 1241-000 | 500.00 |  | 7,500.46 |
| 07/29/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,500.52 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 13.77 | 7,486.75 |
| 08/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #13; Installment payment on preference to roofer | 1241-000 | 500.00 |  | 7,986.75 |
| 08/31/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,986.81 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,961.81 |
| 09/15/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #14; Monthly installment payment | 1241-000 | 500.00 |  | 8,461.81 |
| 09/30/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 8,461.87 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 8,436.87 |
| 10/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #15; Installment payment for preference to roofer | 1241-000 | 500.00 |  | 8,936.87 |
| 10/31/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 8,936.93 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 8,911.93 |
| 11/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #16; Monthly installment on preference to roofer | 1241-000 | 500.00 |  | 9,411.93 |
| 11/30/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 9,412.00 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,387.00 |
| 12/21/11 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #17; installment payment on preference to roofer | 1241-000 | 500.00 |  | 9,887.00 |
| 12/30/11 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 9,887.07 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,862.07 |
| 01/06/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #18; Installment payment on preference to roofer paid out of tax refund | 1241-000 | 500.00 |  | 10,362.07 |
| 01/17/12 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 10,362.11 |
| 01/31/12 |  | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 10,362.15 |

**Page Subtotals:** $4,000.56 $138.77

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 10-60990-WLH | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | | Bank Name: | The Bank of New York Mellon |
| | WILBANKS, KIMBERLY ANN | | Account #: | **********0665 Checking Account |
| **Taxpayer ID #:** | **-***0748 | | Blanket Bond (per case limit): | $30,203,000.00 |
| **For Period Ending:** | 06/30/2020 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,337.15 |
| 02/22/12 | {8} | Bobby Wilbanks | Acct #1; Payment #19; Montly installment payment to pay off preference payment to roofer | 1241-000 | 500.00 | | 10,837.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,812.15 |
| 03/09/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #20; Monthly installment to pay preference to roofer | 1241-000 | 500.00 | | 11,312.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,287.15 |
| 04/25/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #21; Montly installment to pay roofer preference | 1241-000 | 500.00 | | 11,787.15 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,762.15 |
| 05/31/12 | {8} | Bobby M. Wilbanks | Acct #1; Payment #22; For monthly payment for roofer preference | 1241-000 | 500.00 | | 12,262.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 12,235.64 |
| 06/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #23; Payment for preference to roofer | 1241-000 | 500.00 | | 12,735.64 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,710.64 |
| 07/15/12 | {8} | Bobby Wilbanks | Acct #1; Payment #24; Roofer preference-- monthly installment | 1241-000 | 500.00 | | 13,210.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.25 | 13,182.39 |
| 08/08/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #25; Monthly installment on repayment of preference to roofer | 1241-000 | 500.00 | | 13,682.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.66 | 13,653.73 |
| 09/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #26; Payoff of roofer preference claim by Debtors | 1241-000 | 370.79 | | 14,024.52 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 13,998.01 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030006088        20130103 | 9999-000 | | 13,998.01 | 0.00 |
| | | | **COLUMN TOTALS** | | 14,371.71 | 14,371.71 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 13,998.01 | |
| | | | **Subtotal** | | 14,371.71 | 373.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,371.71** | **$373.70** | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | Mechanics Bank |
| | WILBANKS, KIMBERLY ANN | Account #: | ******1165 Checking Account |
| **Taxpayer ID #:** | **-***0748 | Blanket Bond (per case limit): | $30,203,000.00 |
| **For Period Ending:** | 06/30/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,998.01 | | 13,998.01 |
| 01/08/13 | 11001 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $2,187.17, Trustee Compensation; Reference: | 2100-000 | | 2,187.17 | 11,810.84 |
| 01/08/13 | 11002 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $117.73, Trustee Expenses; Reference: | 2200-000 | | 117.73 | 11,693.11 |
| 01/08/13 | 11003 | Stonebridge Accounting Strategies | Dividend paid 100.00% on $652.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 652.00 | 11,041.11 |
| 01/08/13 | 11004 | Stonebridge Accounting Strategies | Dividend paid 100.00% on $32.75, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 32.75 | 11,008.36 |
| 01/08/13 | 11005 | Barbara B. Stalzer, Esq. | Dividend paid 100.00% on $767.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 767.00 | 10,241.36 |
| 01/08/13 | 11006 | Georgias Own Credit Union | Dividend paid 1.96% on $10,974.88; Claim# 1; Filed: $10,974.88; Reference: | 7100-000 | | 215.25 | 10,026.11 |
| 01/08/13 | 11007 | Wells Fargo Bank, N.A. | Dividend paid 1.96% on $435,753.49; Claim# 2; Filed: $435,753.49; Reference: | 7100-000 | | 8,546.18 | 1,479.93 |
| 01/08/13 | 11008 | BB&T-Bankruptcy | Dividend paid 1.96% on $60,596.06; Claim# 3; Filed: $60,596.06; Reference: | 7100-000 | | 1,188.44 | 291.49 |
| 01/08/13 | 11009 | Chase Bank USA,N.A | Dividend paid 1.96% on $1,293.25; Claim# 4; Filed: $1,293.25; Reference: | 7100-000 | | 25.36 | 266.13 |
| 01/08/13 | 11010 | GE Money Bank | Dividend paid 1.96% on $1,614.51; Claim# 5; Filed: $1,614.51; Reference: | 7100-000 | | 31.66 | 234.47 |
| 01/08/13 | 11011 | Fia Card Services, NA/Bank of America | Dividend paid 1.96% on $11,955.14; Claim# 6; Filed: $11,955.14; Reference: | 7100-000 | | 234.47 | 0.00 |
| | | | **COLUMN TOTALS** | | 13,998.01 | 13,998.01 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 13,998.01 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,998.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,998.01** | |

{ } Asset Reference(s)  
! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 10-60990-WLH | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | | Bank Name: | Mechanics Bank |
| | WILBANKS, KIMBERLY ANN | | Account #: | ******8200 Checking |
| Taxpayer ID #: | **-***0748 | | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 06/30/2020 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*                                                                                                  *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | East West Bank |
| | WILBANKS, KIMBERLY ANN | Account #: | ******0246 Demand Deposit Account |
| **Taxpayer ID #:** | **-***0748 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| **For Period Ending:** | 06/30/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-7

| | |
|---|---|
| Case No.: | 10-60990-WLH |
| Case Name: | WILBANKS, BOBBY MANALCUS<br>WILBANKS, KIMBERLY ANN |
| Taxpayer ID #: | **-***0748 |
| For Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | S. Gregory Hays (300320) |
| Bank Name: | East West Bank |
| Account #: | ******0246 Demand Deposit Account |
| Blanket Bond (per case limit): | $30,203,000.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---:|---:|
| Net Receipts: | $14,371.71 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,371.71 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********0665 Checking Account | $14,371.71 | $373.70 | $0.00 |
| ******1165 Checking Account | $0.00 | $13,998.01 | $0.00 |
| ******8200 Checking | $0.00 | $0.00 | $0.00 |
| ******0246 Demand Deposit Account | $0.00 | $0.00 | $0.00 |
| | $14,371.71 | $14,371.71 | $0.00 |