**PLEASE TYPE OR PRINT**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks

Case No.: 10-60990    Chapter: 7

**Change of Address for**:
Debtor [✔]    Creditor [ ]    Attorney for Debtor [ ]    Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: 11/6/2020

Name: _____

Prior Address: 943 Stone Lea Drive
Oxford, Ga 30054

*******************************************************************************

New Address: 426 Ellington Rd
Oxford, Ga 30054

Change of Address Was Furnished By:   Debtor [ ]    Creditor [ ]    Attorney [✔]

Date: 11/6/2020    Signature of Filer: Karen Scott Greene
Telephone Number: 678-377-1082

**IF FILED BY ATTORNEY**

Attorney Name: Karen Scott Greene

Bar ID: 632153
Address: PO Box 390322
Snellville, GA 30039

Revised August 2012