UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS | : | CASE NO. 10-60990-WLH |
| and KIMBERLY ANN WILBANKS, | : | |
| | : | |
| Debtors. | : | |

# CERTIFICATE OF SERVICE

I, Michael J. Bargar, hereby certify that I have served a copy of the *Notice of Pleadings, Deadlines to Object, and for Hearings* [Doc. No. 78] (the "**Notice**") by delivering copies of the same via United States first class mail, with adequate postage affixed, on all of those persons or entities set forth immediately below and those entities set forth on Exhibit "A," at the addresses stated.

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Karen Scott Greene
Karen Scott Greene, PC
PO Box 390322
Snellville, GA 30039

Bobby Manalcus Wilbanks
426 Ellington Road
Oxford, GA 30054

Kimberly Ann Wilbanks
426 Ellington Road
Oxford, GA 30054

1

This 2nd day of February, 2021.

                                          ARNALL GOLDEN GREGORY LLP
                                          *Attorneys for Chapter 7 Trustee*

                                          */s/ Michael J. Bargar*
171 17th Street, NW, Suite 2100      Michael J. Bargar
Atlanta, Georgia 30363               Ga Bar No. 645709
Phone: (404) 873-8500
michael.bargar@agg.com

**EXHIBIT "A" FOLLOWS**

2

16157591v1

```
Label Matrix for local noticing        Arnall Golden Gregory LLP              BB&T Business Loans
113E-1                                 171 17th Street, N.W.                  PO Box 580050
Case 10-60990-wlh                      Suite 2100                             Charlotte, NC 28258-0050
Northern District of Georgia           Atlanta, GA 30363-1031
Atlanta
Tue Feb  2 11:18:41 EST 2021

(p)BB AND T                            Bank Of America                        Barclays Bank Delaware
PO BOX 1847                            4060 Ogletown/Stan                     Attention:  Customer Support Department
WILSON NC 27894-1847                   Newark, DE 19713                       Po Box 8833
                                                                              Wilmington, DE 19899-8833


Michael J. Bargar                      Bertram & Graf, LLC                    Capital One, N.A.
Arnall Golden Gregory, LLP             Ste 800                                c/o Becket and Lee LLP
Suite 2100                             4717 Grand Ave                         PO Box 3001
171 17th Street, N.W.                  Kansas City, MO 64112-2219             Malvern PA 19355-0701
Atlanta, GA 30363-1031


Chase Bank USA,N.A                     (p)CITIBANK                            Fia Card Services, NA/Bank of America
c/o Creditors Bankruptcy Service       PO BOX 790034                          by American Infosource Lp As Its Agent
P O Box 740933                         ST LOUIS MO 63179-0034                 PO Box 248809
Dallas,Tx 75374-0933                                                          Oklahoma City, OK  73124-8809


Ford & Associates Nationwide Legal Services,   GE Money Bank                  GE Money Bank
3555 Fourth Avenue                     Attn: Bankruptcy Dept                  c/o Recovery Management Systems Corporat
San Diego, CA 92103-4912               PO Box 103106                          25 SE 2nd Ave Suite 1120
                                       Roswell, GA 30076-9106                 Miami FL 33131-1605


Georgia's Own Credit Union             Georgias Own Cu                        Goldwater Law Firm
P.O. Box 105205                        1155 Peachtree St Ne Ste               Suite 3031
Atlanta, Georgia 30348-5205            Atlanta, GA 30309-7629                 11811 N Tatum Blvd
                                                                              Phoenix, AZ 85028-1621


Karen Scott Greene                     S. Gregory Hays                        Kohl's
Karen Scott Greene, PC                 Hays Financial Consulting, LLC         PO Box 3043
PO Box 390322                          Suite 555                              Milwaukee, WI 53201-3043
Snellville, GA 30039-0006              2964 Peachtree Road
                                       Atlanta, GA 30305-4909


Hal J. Leitman                         Midland Funding LLC                    Office of the United States Trustee
Macey, Wilensky, Kessler & Hennings LLC   By its authorized agent Recoser, LLC   362 Richard Russell Building
Suite 4420                             25 SE 2nd Ave, Suite 1120              75 Ted Turner Drive, SW
303 Peachtree Street, NE               Miami, FL 33131-1605                   Atlanta, GA 30303-3315
Atlanta, GA 30308-3264


Quest Diagostics                       Recovery Management Systems Corporation   William A. Rountree
PO box 41652                           25 S.E. 2nd Avenue, Suite 1120         Macey, Wilensky & Hennings LLC
Philadelphia, PA 19101-1652            Miami, FL 33131-1605                   Suite 4420
                                                                              303 Peachtree Street, NE
                                                                              Atlanta, GA 30308-3264


James E Sorenson                       Barbara B. Stalzer                     Stonebridge Accounting Strategies Inc./Spenc
Sorenson Van Leuven, PLLC              Barbara Bell Stalzer, P.C.             P.O. Box 1290
PO Box 3637                            60 Lenox Pointe, NE                    Grayson, GA 30017-0025
Tallahassee, FL 32315-3637             Atlanta, GA 30324-3170
```

```
R. Jeneane Treace                    Verint Video Solutions, Inc          Wachovia Bank
Assistant United States Trustee      PO Box 905595                        c/o Smith, Gambrell & Russell
362 Richard Russell Bldg.            Charlotte, NC 28290-5590             1230 Peachtree Ste NE, Ste 310
75 Ted Turner Drive, SW                                                   Atlanta, GA 30309-3592
Atlanta, GA 30303-3315


Wells Fargo Bank, N.A.               Wells Fargo Financial Georgia, Inc   Wffinancial
c/o Smith, Gambrell & Russell, LLP   4137 121st st                        7201 Turner Lake Rd Nw
Attn: John T. Vian, Esq.             Urbandale, IA 50323-2310             Covington, GA 30014-2067
1230 Peachtree Street, N.E., Suite 3100
Atlanta, GA 30309-3592


Bobby Manalcus Wilbanks              Kimberly Ann Wilbanks
426 Ellington Rd                     426 Ellington Rd
Oxford, GA 30054-2814                Oxford, GA 30054-2814
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
BB&T-Bankruptcy                      Citibank Usa
100-50-01-51                         Attn.: Centralized  Bankruptcy
PO Box 1847                          Po Box 20507
Wilson, NC 27894-1847                Kansas City, MO 64195
```


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Georgia's Own Credit Union        (u)Recovery Management Systems Corporation   End of Label Matrix
                                                                                  Mailable recipients   37
                                                                                  Bypassed recipients    2
                                                                                  Total                 39
```