BL9703343

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

In Re:   BOBBY MANALCUS WILBANKS          Chapter: 7
         KIMBERLY ANN WILBANKS            Bankruptcy No: 10-60990

## WITHDRAWAL OF CLAIM

   Capital One, N.A., by and through its counsel, withdraws its Proof of Claim Number 8 filed on January 17th, 2019, for account number 2716 and in the amount of $1,267.89.

                                          Respectfully submitted,

                                          By:  /s/ Larry Butler

                                               Larry Butler, Claims Administrator
                                               Becket & Lee LLP
                                               POB 3001
                                               Malvern, PA 19355-0701


                                               DATE:       3/1/2021