**IT IS ORDERED as set forth below:**



**Date: March 2, 2021**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS | : | CASE NO. 10-60990-WLH |
| and KIMBERLY ANN WILBANKS, | : | |
| | : | |
| Debtors. | : | |

**CONSENT ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS**

On August 17, 2018, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks ("**Debtors**"), filed his *Objection to Claimed Exemptions* [Doc. No. 64] (the "**Objection**") seeking, among other things, an order from the Court disallowing Debtors' claimed exemptions in settlement payments related to certain pelvic mesh litigation (the "**Exemption**").

16252712v1

Having considered the Objection and the entire record in this matter; Debtors having consented to the entry of this Order; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: Debtors' claimed Exemption is disallowed as claimed and allowed in the amount of $11,500.00 under O.C.G.A. § 44-13-100(a)(6) and (a)(11)(D).

### [END OF DOCUMENT]

**Order prepared and consented to by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

**Consented to by:**

KAREN SCOTT GREENE LLC
Attorneys for Debtors

By:*/s/ Karen Scott Greene*     (With express permission by Michael J. Bargar)
    Karen Scott Greene
    Georgia Bar No. 632153
    karen@attykarengreene.com
PO Box 390322
Snellville, GA 30039
678-377-1082

**Identification of parties to be served:**

| | |
|---|---|
| Office of the United States Trustee | Michael J. Bargar |
| 362 Richard B. Russell Building | Arnall Golden Gregory LLP |
| 75 Ted Turner Drive, SW | 171 17th Street, NW, Suite 2100 |
| Atlanta, GA 30303 | Atlanta, Georgia 30363 |

16252712v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Karen Scott Greene
Karen Scott Greene, PC
PO Box 390322
Snellville, GA 30039

Bobby Manalcus Wilbanks
426 Ellington Road
Oxford, GA 30054

Kimberly Ann Wilbanks
426 Ellington Road
Oxford, GA 30054

16252712v1