**IT IS ORDERED as set forth below:**

Date: March 22, 2021



_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS, | : | CASE NO. 10-60990-WLH |
| KIMBERLY ANN WILBANKS | : | |
| | : | |
| Debtors. | : | |

**ORDER APPROVING SETTLEMENT
OF PRODUCT LIABILITY CLAIM AND GRANTING AUTHORITY TO MAKE
CERTAIN PAYMENTS IN ACCORDANCE WITH SAME**

On February 2, 2021, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks (collectively, "**Debtors**"), filed his *Motion for Approval of Settlement of Product Liability Claim under Rule 9019 of the Federal Rules of Bankruptcy Procedure and Request to Make Certain Payments in Accordance with Same* [Doc. No. 76] (the "**Settlement Motion**").

16343452v1

In the Settlement Motion, Trustee seeks, among other things, approval of a settlement (the "**Settlement**") of a certain multi-district product liability litigation claim of the Bankruptcy Estate through a payment of $80,000.00, gross, which after payment of various liens and other expenses will result in a net of $42,232.84 coming into the Bankruptcy Estate. In addition, Trustee seeks authority to make, or to cause to be made, certain payments from the resulting settlement proceeds.

Also on February 2, 2021, Trustee filed *Notice of Pleadings, Deadlines to Object, and for Hearings* [Doc. No. 78] (the "**Notice**") regarding, among other things, the Settlement Motion, in accordance with General Order No. 24-2018 and setting a hearing on the Settlement Motion on March 18, 2021 (the "**Hearing**"). Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on February 2, 2021. [Doc. No. 79].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Settlement Motion was filed prior to the objection deadline provided in the Notice. No creditor or party in interest appeared at the Hearing to voice an objection to the relief requested in the Settlement Motion.

The Court having considered the Settlement Motion and all other matters of record, including the lack of objection to the relief requested in the Settlement Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Settlement Motion, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED**: the Settlement stands **APPROVED**, and the terms set forth in the Settlement Motion are incorporated herein by reference. It is further

16343452v1

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement and the Settlement Motion, including, without limitation, making, or causing to be made, those requested payments set forth in the Settlement Motion.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-8500
michael.bargar@agg.com

Identification of entities to be served:

| | |
|---|---|
| Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Bobby Manalcus Wilbanks<br>426 Ellington Road<br>Oxford, GA 30054 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road, Suite 555<br>Atlanta, GA 30305 | Kimberly Ann Wilbanks<br>426 Ellington Road<br>Oxford, GA 30054 |
| Karen Scott Greene<br>Karen Scott Greene, PC<br>PO Box 390322<br>Snellville, GA 30039 | Michael J. Bargar<br>Arnall Golden Gregory LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363 |

16343452v1