**IT IS ORDERED as set forth below:**

**Date: March 22, 2021**



_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS, | : | CASE NO. 10-60990-WLH |
| KIMBERLY ANN WILBANKS | : | |
| | : | |
| Debtors. | : | |

**ORDER GRANTING TRUSTEE'S APPLICATION FOR
FINAL COMPENSATION OF SPECIAL COUNSEL AND REQUEST
FOR AUTHORIZATION TO PAY COMPENSATION**

On February 2, 2021, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks (collectively, "**Debtors**"), filed *Trustee's Application for Final Compensation of Special Counsel and Request for Authorization to Pay Compensation* [Doc. No. 77] (the "**Application**").

16343451v1

In the Application, Trustee seeks final approval of compensation for Ford & Associates Nationwide Legal Services, APC ("**Ford**"), Goldwater Law Firm ("**Goldwater**"), and Bertram & Graf, LLC ("**B&G**", together with Ford and Goldwater, "**Special Counsel**") for fees in the amount of $29,901.76 (the specific amount that each firm will receive is set forth in the Application) and expense*s* in the amount of $541.52 for services rendered in the prosecution of a certain multi-district product liability litigation claim.

Also on February 2, 2021, Trustee filed *Notice of Pleadings, Deadlines to Object, and for Hearings* [Doc. No. 78] (the "**Notice**") regarding, among other things, the Application, in accordance with General Order No. 24-2018 and setting a hearing on the Application on March 18, 2021 (the "**Hearing**").  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on February 2, 2021.  [Doc. No. 79].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Application was filed prior to the objection deadline provided in the Notice.  No creditor or party in interest appeared at the Hearing to voice an objection to the relief requested in the Application.

The Court having considered the Application and all other matters of record, including the lack of objection to the relief requested in the Application, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having applied the standards set forth in *Norman v. Housing Authority for the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and 11 U.S.C. §§ 330 and 331 and having reviewed the Application and the supporting documents, and based on the representations of the Trustee in the Application, it appearing to the Court that the compensation for services rendered and reimbursement of expenses requested are reasonable; and the Court having found that good cause exists to grant the relief requested in the Application, it is

16343451v1

hereby

**ORDERED** that the Application is **GRANTED**: Special Counsel is awarded the sum of $29,901.76 as payment for attorney's fees plus $541.52 as reimbursement for expenses incurred in the representation of Trustee and the Bankruptcy Estate and Trustee is authorized to pay, or to cause to be paid, these amounts.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
michael.bargar@agg.com

Identification of entities to be served:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Karen Scott Greene
Karen Scott Greene, PC
PO Box 390322
Snellville, GA 30039

Bobby Manalcus Wilbanks
426 Ellington Road
Oxford, GA 30054

Kimberly Ann Wilbanks
426 Ellington Road
Oxford, GA 30054

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

16343451v1