**IT IS ORDERED as set forth below:**



Date: June 17, 2021

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS, | : | CASE NO. 10-60990-WLH |
| KIMBERLY ANN WILBANKS | : | |
| | : | |
| Debtors. | : | |

**ORDER GRANTING TRUSTEE'S MOTION TO PAY CLAIMED EXEMPTION**

On June 16, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks (collectively, "**Debtors**"), filed *Trustee's Motion to Pay Debtors' Claimed Exemption* [Doc. No. 90] (the "**Motion**") seeking an order authorizing Trustee to pay Debtors their Exemption in a certain Settlement in the amount of $11,500.00.[1]

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion [Doc. No. 90].

1

Having considered the Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to pay Debtors their Exemption in the amount of $11,500.00, based on available funds.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-7030


**Identification of parties to be served:**

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Karen Scott Greene
Karen Scott Greene, PC
PO Box 390322
Snellville, GA 30039

Bobby Manalcus Wilbanks
426 Ellington Road
Oxford, GA 30054

16698931v1

Kimberly Ann Wilbanks
426 Ellington Road
Oxford, GA 30054

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

16698931v1