**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: WILBANKS, BOBBY MANALCUS § Case No. 10-60990-WLH
      WILBANKS, KIMBERLY ANN §
      §
      §
      Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/12/2010. The undersigned trustee was appointed on 06/26/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     94,371.71

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 12,161.16 |
| Administrative expenses | 39,604.01 |
| Bank service fees | 450.19 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 11,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 30,656.35 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2019 and the deadline for filing governmental claims was 01/17/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,393.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,187.17 as interim compensation and now requests the sum of $5,206.42, for a total compensation of $7,393.59[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $117.73 and now requests reimbursement for expenses of $57.39 for total expenses of $175.12[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/02/2021					By: /s/ S. Gregory Hays
							Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 10-60990-WLH | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS<br>WILBANKS, KIMBERLY ANN | Date Filed (f) or Converted (c): | 01/12/2010 (f) |
| | | § 341(a) Meeting Date: | 02/08/2010 |
| For Period Ending: | 08/02/2021 | Claims Bar Date: | 01/17/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 943 Lake Stone Lea Drive, Oxford, GA 5000 sq ft single<br>Abandoned per §554(c) on 9/6/13 when case originally closed. | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 4 televisions, furniture: living room and 3 bedrooms, kitchen, dining<br>Abandoned per §554(c) on 9/6/13 when case originally closed. | 5,200.00 | 0.00 | OA | 0.00 | FA |
| 3 | 500 cds, pictures and books<br>Abandoned per §554(c) on 9/6/13 when case originally closed. | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | Clothing for the family<br>Abandoned per §554(c) on 9/6/13 when case originally closed. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 5* | 2008 Tax Refund<br>Abandoned per §554(c) on 9/6/13 when case originally closed. (See Footnote) | 11,618.00 | 4,143.00 | OA | 0.00 | FA |
| 6 | 2005 Ford Expedition XLJ Mileage: 83000 miles<br>Abandoned per §554(c) on 9/6/13 when case originally closed. | 9,225.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2002 Sandpiper 38 foot pull-behind travel trailer<br>Abandoned per §554(c) on 9/6/13 when case originally closed. | 17,835.00 | 2,823.00 | OA | 0.00 | FA |
| 8 | Preferential payment to roofer (u) | 14,370.79 | 14,370.79 | | 14,370.79 | FA |
| 9* | Claim for Ethicon Pelvic Mesh (u)<br>6/17/21 - Exemption resolved to $11,500 and paid. (See Footnote) | 80,000.00 | 30,732.84 | | 80,000.00 | FA |
| 10* | Claim for Ethicon Pelvic Mesh (u) (See Footnote) | 13,000.00 | 3,000.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 0.92 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$652,748.79** | **$55,069.63** | | **$94,371.71** | **$0.00** |

RE PROP# 5   Debtors used tax refund to pay roofer (preferentially). Debtors paid estate $500.00 per month pursuant to a compromise and settlement.

RE PROP# 9   Trustee filed an objection to Debtor's exemption (Dkt # 64) which has been resolved and paid. Settlement of claim approved per Order, Dkt # 86. Payment received.

RE PROP# 10  Debtor received a net payment of $2,870.47 after attorney fees & expenses from the $13,000 settlement. Trustee will resolve payment with exemption resolutions.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 10-60990-WLH
**Case Name:** WILBANKS, BOBBY MANALCUS
WILBANKS, KIMBERLY ANN
**For Period Ending:** 08/02/2021

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 01/12/2010 (f)
**§ 341(a) Meeting Date:** 02/08/2010
**Claims Bar Date:** 01/17/2019

**Major Activities Affecting Case Closing:**

9/6/2013 - This case was originally filed as a Chapter 7 case on 1/12/10. Barbara Stalzer was appointed the Chapter 7 Trustee. Ms. Stalzer administered the assets of the bankruptcy estate, made a distribution to unsecured creditor and the case closed on 9/6/13.

June 2018 - The Settlement Alliance notified the United States Trustee that Ms. Wilbanks is entitled to one or two monetary awards on account of a personal injury claim that arose prior to the filing of the petition. The case was reopened and S. Gregory Hays was appointed the successor Trustee.

1/10/2020 - Order approving special counsel to the Trustee for personal injury claim is entered.

3/2/21 - Order entered resolving Debtor's exemptions in settlement of personal injury claim.

6/15/21 - Medical liens against the settlement proceeds have been resolved and the settlement proceeds have been distributed to the Trustee.

7/14/21 - The Trustee has filed the final estate tax returns and anticipates submitting his Trustee Final Report.

**Initial Projected Date Of Final Report (TFR):** 10/31/2012     **Current Projected Date Of Final Report (TFR):** 08/31/2021

08/02/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | | |  | | | |
|---|---|---|---|---|---|---|
| Case No.: | 10-60990-WLH | | Trustee Name: | | S. Gregory Hays (300320) | |
| Case Name: | WILBANKS, BOBBY MANALCUS | | Bank Name: | | The Bank of New York Mellon | |
| | WILBANKS, KIMBERLY ANN | | Account #: | | **********0665 Checking Account | |
| Taxpayer ID #: | **-***0748 | | Blanket Bond (per case limit): | | $31,525,000.00 | |
| For Period Ending: | 08/02/2021 | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/10 | {8} | Bobby M. Wilbanks | Acct #1; Payment #0; Per agreement with Debtor to repay money to roofer paid preferentially | 1241-000 | 1,000.00 | | 1,000.00 |
| 07/22/10 | {8} | Bobby and Kimberly Wilbanks | Installment payment for preferential payment to roofer | 1241-000 | 500.00 | | 1,500.00 |
| 07/30/10 | | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,500.07 |
| 08/19/10 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #1; Installment payment for preference payment to roofer | 1241-000 | 500.00 | | 2,000.07 |
| 08/31/10 | | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 2,000.16 |
| 09/22/10 | {8} | Bobby M. and Kimberly wilbanks | Acct #1; Payment #2; Installment per agreement with Debtor | 1241-000 | 500.00 | | 2,500.16 |
| 09/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.17 |
| 10/20/10 | {8} | Kimberly Wilbanks | Acct #1; Payment #3; Installment payment on preference payment to roofer per agreement | 1241-000 | 500.00 | | 3,000.17 |
| 10/29/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.19 |
| 11/22/10 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #4; Monthly Installment payment per agreement and court order | 1241-000 | 500.00 | | 3,500.19 |
| 11/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.21 |
| 12/17/10 | {8} | Bobby M. wilbanks | Acct #1; Payment #5; Installment payment on preferential transfer to roofing co. | 1241-000 | 500.00 | | 4,000.21 |
| 12/31/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.23 |
| 01/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #6; Installment payment on preference to roofer | 1241-000 | 500.00 | | 4,500.23 |
| 01/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,500.25 |
| 02/24/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #7; Monthly installment for money paid preferentially to roofer | 1241-000 | 500.00 | | 5,000.25 |
| 02/28/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.28 |
| 03/23/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #8; Montly installment on preference to roofer | 1241-000 | 500.00 | | 5,500.28 |
| 03/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,500.32 |
| 04/21/11 | {8} | Bobby Wilbanks | Acct #1; Payment #9; INstallment payment on preference to roofer | 1241-000 | 500.00 | | 6,000.32 |
| 04/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.36 |
| 05/20/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #10; Monthly installment on roofer preference payment | 1241-000 | 500.00 | | 6,500.36 |
| 05/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,500.41 |
| 06/20/11 | {8} | Kimberly A. Wilbanks | Acct #1; Payment #11; Monthly installmentn on preference payment to roofer | 1241-000 | 500.00 | | 7,000.41 |
| 06/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.46 |
| 07/18/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #12; Monthly installment on preference payment to roofer | 1241-000 | 500.00 | | 7,500.46 |
| 07/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.77 | 7,486.75 |

Page Subtotals:   $7,500.52   $13.77

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | The Bank of New York Mellon |
|  | WILBANKS, KIMBERLY ANN | Account #: | **********0665 Checking Account |
| Taxpayer ID #: | **-***0748 | Blanket Bond (per case limit): | $31,525,000.00 |
| For Period Ending: | 08/02/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #13; Installment payment on preference to roofer | 1241-000 | 500.00 | | 7,986.75 |
| 08/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,986.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,961.81 |
| 09/15/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #14; Monthly installment payment | 1241-000 | 500.00 | | 8,461.81 |
| 09/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,461.87 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,436.87 |
| 10/17/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #15; Installment payment for preference to roofer | 1241-000 | 500.00 | | 8,936.87 |
| 10/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,936.93 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,911.93 |
| 11/21/11 | {8} | Kimberly Wilbanks | Acct #1; Payment #16; Monthly installment on preference to roofer | 1241-000 | 500.00 | | 9,411.93 |
| 11/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,412.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,387.00 |
| 12/21/11 | {8} | Bobby and Kimberly Wilbanks | Acct #1; Payment #17; installment payment on preference to roofer | 1241-000 | 500.00 | | 9,887.00 |
| 12/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,887.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,862.07 |
| 01/06/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #18; Installment payment on preference to roofer paid out of tax refund | 1241-000 | 500.00 | | 10,362.07 |
| 01/17/12 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,362.11 |
| 01/31/12 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,362.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,337.15 |
| 02/22/12 | {8} | Bobby Wilbanks | Acct #1; Payment #19; Montly installment payment to pay off preference payment to roofer | 1241-000 | 500.00 | | 10,837.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,812.15 |
| 03/09/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #20; Monthly installment to pay preference to roofer | 1241-000 | 500.00 | | 11,312.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,287.15 |
| 04/25/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #21; Montly installment to pay roofer preference | 1241-000 | 500.00 | | 11,787.15 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,762.15 |
| 05/31/12 | {8} | Bobby M. Wilbanks | Acct #1; Payment #22; For monthly payment for roofer preference | 1241-000 | 500.00 | | 12,262.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.51 | 12,235.64 |
| 06/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #23; Payment for preference to roofer | 1241-000 | 500.00 | | 12,735.64 |

Page Subtotals:    $5,500.40    $251.51

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 3

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | The Bank of New York Mellon |
|  | WILBANKS, KIMBERLY ANN | Account #: | **********0665 Checking Account |
| Taxpayer ID #: | **-***0748 | Blanket Bond (per case limit): | $31,525,000.00 |
| For Period Ending: | 08/02/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 12,710.64 |
| 07/15/12 | {8} | Bobby Wilbanks | Acct #1; Payment #24; Roofer preference-- monthly installment | 1241-000 | 500.00 |  | 13,210.64 |
| 07/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 28.25 | 13,182.39 |
| 08/08/12 | {8} | Kimberly Wilbanks | Acct #1; Payment #25; Monthly installment on repayment of preference to roofer | 1241-000 | 500.00 |  | 13,682.39 |
| 08/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 28.66 | 13,653.73 |
| 09/11/12 | {8} | Bobby Wilbanks | Acct #1; Payment #26; Payoff of roofer preference claim by Debtors | 1241-000 | 370.79 |  | 14,024.52 |
| 09/28/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 26.51 | 13,998.01 |
| 01/03/13 |  | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030006088 20130103 | 9999-000 |  | 13,998.01 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 14,371.71 | 14,371.71 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 13,998.01 |  |
|  |  | Subtotal |  |  | 14,371.71 | 373.70 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $14,371.71 | $373.70 |  |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | Mechanics Bank |
| | WILBANKS, KIMBERLY ANN | Account #: | ******1165 Checking Account |
| Taxpayer ID #: | **-***0748 | Blanket Bond (per case limit): | $31,525,000.00 |
| For Period Ending: | 08/02/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,998.01 | | 13,998.01 |
| 01/08/13 | 11001 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $2,187.17, Trustee Compensation; Reference: | 2100-000 | | 2,187.17 | 11,810.84 |
| 01/08/13 | 11002 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $117.73, Trustee Expenses; Reference: | 2200-000 | | 117.73 | 11,693.11 |
| 01/08/13 | 11003 | Stonebridge Accounting Strategies | Dividend paid 100.00% on $652.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 652.00 | 11,041.11 |
| 01/08/13 | 11004 | Stonebridge Accounting Strategies | Dividend paid 100.00% on $32.75, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 32.75 | 11,008.36 |
| 01/08/13 | 11005 | Barbara B. Stalzer, Esq. | Dividend paid 100.00% on $767.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 767.00 | 10,241.36 |
| 01/08/13 | 11006 | Georgias Own Credit Union | Dividend paid 1.96% on $10,974.88; Claim# 1; Filed: $10,974.88; Reference: | 7100-000 | | 215.25 | 10,026.11 |
| 01/08/13 | 11007 | Wells Fargo Bank, N.A. | Dividend paid 1.96% on $435,753.49; Claim# 2; Filed: $435,753.49; Reference: | 7100-000 | | 8,546.18 | 1,479.93 |
| 01/08/13 | 11008 | BB&T-Bankruptcy | Dividend paid 1.96% on $60,596.06; Claim# 3; Filed: $60,596.06; Reference: | 7100-000 | | 1,188.44 | 291.49 |
| 01/08/13 | 11009 | Chase Bank USA,N.A | Dividend paid 1.96% on $1,293.25; Claim# 4; Filed: $1,293.25; Reference: | 7100-000 | | 25.36 | 266.13 |
| 01/08/13 | 11010 | GE Money Bank | Dividend paid 1.96% on $1,614.51; Claim# 5; Filed: $1,614.51; Reference: | 7100-000 | | 31.66 | 234.47 |
| 01/08/13 | 11011 | Fia Card Services, NA/Bank of America | Dividend paid 1.96% on $11,955.14; Claim# 6; Filed: $11,955.14; Reference: | 7100-000 | | 234.47 | 0.00 |

| | COLUMN TOTALS | 13,998.01 | 13,998.01 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 13,998.01 | 0.00 | |
| | Subtotal | 0.00 | 13,998.01 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $13,998.01 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 5

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | Mechanics Bank |
| | WILBANKS, KIMBERLY ANN | Account #: | ******8200 Checking |
| Taxpayer ID #: | **-***0748 | Blanket Bond (per case limit): | $31,525,000.00 |
| For Period Ending: | 08/02/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 6

| Case No.: | 10-60990-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WILBANKS, BOBBY MANALCUS | Bank Name: | East West Bank |
|  | WILBANKS, KIMBERLY ANN | Account #: | ******0246 Demand Deposit Account |
| Taxpayer ID #: | **-***0748 | Blanket Bond (per case limit): | $31,525,000.00 |
| For Period Ending: | 08/02/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/21 |  | Bertram & Graf Qualified Settlement Fund | Product liability settlement funds received per settlement Order, Dkt # 86. |  | 42,232.84 |  | 42,232.84 |
|  | {9} |  | Settlement funds Per Order Approving Settlement Of Product Liability Claim (Dkt # 86)  $80,000.00 | 1242-000 |  |  |  |
|  |  |  | Medical Liens associated with Settlement of Product Liability Claim paid per Order, (Dkt # 86)  -$1,919.80 | 4220-000 |  |  |  |
|  |  | MDL Assessment | MDL assessment associated with Settlement of Product Liability Claim paid per Order, (Dkt # 86)  -$4,000.00 | 3991-000 |  |  |  |
|  |  | Ford & Associates Nationwide Legal Services, APC | Special counsel fees paid per Order, Dkt # 87.  -$9,867.58 | 3210-000 |  |  |  |
|  |  | Goldwater Law Firm | Special counsel fees paid per Order, Dkt # 87.  -$6,578.39 | 3210-000 |  |  |  |
|  |  | Bertram & Graf, LLC | Special counsel for Trustee fees paid per Order, Dkt # 87.  -$13,455.79 | 3210-000 |  |  |  |
|  |  | Bertram & Graf | Special Counsel expenses paid per Order, Dkt # 87.  -$541.52 | 3220-000 |  |  |  |
|  |  |  | Lien Resolution and other administrative fees associated with the product liability settlement. Paid per Order, Dkt # 86  -$1,404.08 | 3991-000 |  |  |  |
| 06/17/21 | 1000 | Bobby Manalcus Wilbanks and Kimberly Ann Wilbanks | Payment of exemption in settlement funds, See order #s 83 and 91. | 8100-002 |  | 11,500.00 | 30,732.84 |
| 06/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 27.28 | 30,705.56 |
| 07/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 49.21 | 30,656.35 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | COLUMN TOTALS |  |  | 42,232.84 | 11,576.49 | $30,656.35 |
|  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  | Subtotal |  |  | 42,232.84 | 11,576.49 |  |
|  | Less: Payments to Debtors |  |  |  | 11,500.00 |  |
|  | NET Receipts / Disbursements |  |  | $42,232.84 | $76.49 |  |

{ } Asset Reference(s)　　　UST Form 101-7-TFR (5/1/2011)　　　! - transaction has not been cleared

Form 2

Exhibit B
Page: 7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 10-60990-WLH | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | WILBANKS, BOBBY MANALCUS<br>WILBANKS, KIMBERLY ANN | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0748 | **Account #:** | ******0246 Demand Deposit Account |
| **For Period Ending:** | 08/02/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $56,604.55 |
| Plus Gross Adjustments: | $37,767.16 |
| Less Payments to Debtor: | $11,500.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $82,871.71 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********0665 Checking Account | $14,371.71 | $373.70 | $0.00 |
| ******1165 Checking Account | $0.00 | $13,998.01 | $0.00 |
| ******8200 Checking | $0.00 | $0.00 | $0.00 |
| ******0246 Demand Deposit Account | $42,232.84 | $76.49 | $30,656.35 |
| | **$56,604.55** | **$14,448.20** | **$30,656.35** |

08/02/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 10-60990-WLH      BOBBY M. WILBANKS AND KIMBERLY A.

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Exemption | Kimberly Wilbanks<br>943 Lake Stone Lea Drive<br>Oxford, GA 30054<br><8100-000 Exemptions><br>, 100<br>Ga. Code Ann. § 44-13-100(a)(11)(D) | Secured<br>07/02/19 | | $11,500.00<br>$11,500.00 | $11,500.00 | $0.00 |
| ADM01 | Barbara B. Stalzer, Trustee,<br><2100-000 Trustee Compensation><br>, 200<br>Initial Trustee. Commission paid per Order, Dkt # 44. | Administrative<br>11/28/12 | | $2,187.17<br>$2,187.17 | $2,187.17 | $0.00 |
| ADM02 | Barbara B. Stalzer, Trustee,<br><2200-000 Trustee Expenses><br>, 200<br>Initial Trustee. Expenses paid per Order, Dkt # 44. | Administrative<br>11/28/12 | | $117.73<br>$117.73 | $117.73 | $0.00 |
| ADM03 | Barbara B. Stalzer, Esq.,<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>Attorney fees paid per Order, Dkt # 44. | Administrative<br>11/28/12 | | $767.00<br>$767.00 | $767.00 | $0.00 |
| ADM04 | Stonebridge Accounting Strategies,<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200<br>Fees paid per Order, Dkt # 44. | Administrative<br>11/28/12 | | $652.00<br>$652.00 | $652.00 | $0.00 |
| ADM05 | Stonebridge Accounting Strategies,<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200<br>Fees paid per Order, Dkt # 44. | Administrative<br>11/28/12 | | $32.75<br>$32.75 | $32.75 | $0.00 |
| ADM06 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200<br>Trustee commission per Bankruptcy Code §326 based on total case distributions to others than the Debtors of $82,871.71 is $7,393.59. Barbara Stalzer, the initial trustee, was paid $2,187.17 leaving a commission balance of $5,206.42. | Administrative<br>07/30/21 | | $5,206.42<br>$5,206.42 | $0.00 | $5,206.42 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 10-60990-WLH           BOBBY M. WILBANKS AND KIMBERLY A.

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM07 | S. Gregory Hays<br>2964 Peachtree Road NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/02/19 | | $57.39<br>$57.39 | $0.00 | $57.39 |
| ADM08 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>07/02/19 | | $10,000.00<br>$10,000.00 | $0.00 | $10,000.00 |
| ADM09 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>07/02/19 | | $44.80<br>$44.80 | $0.00 | $44.80 |
| ADM10 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>07/02/19 | | $2,430.00<br>$2,430.00 | $0.00 | $2,430.00 |
| ADM11 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>07/02/19 | | $85.20<br>$85.20 | $0.00 | $85.20 |
| ADM12 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br>Per Order (Dkt # 94).  See also deferred filing fee per motion, Dkt # 53. | Administrative<br>07/02/19 | | $260.00<br>$260.00 | $0.00 | $260.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 10-60990-WLH        BOBBY M. WILBANKS AND KIMBERLY A.

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Georgia's Own Credit Union<br>P.O. Box 105205<br>Atlanta, GA 30348<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/30/10 | | $10,974.88<br>$10,974.88 | $215.25 | $10,759.63 |
| 2 | Wells Fargo Bank, N.A.<br>c/o SGR, LLP Attn: John T. Vian, Esq.<br>1230 Peachtree Street, N.E., Suite 3100<br>Atlanta, GA 30309<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/13/10 | | $435,753.49<br>$435,753.49 | $8,546.18 | $427,207.31 |
| 3 | BB&T-Bankruptcy<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/11/10 | | $60,596.06<br>$60,596.06 | $1,188.44 | $59,407.62 |
| 4 | Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/12/10 | | $1,293.25<br>$1,293.25 | $25.36 | $1,267.89 |
| 5 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/24/10 | | $1,614.51<br>$1,614.51 | $31.66 | $1,582.85 |
| 6 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/22/10 | | $11,955.14<br>$11,955.14 | $234.47 | $11,720.67 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 10-60990-WLH    BOBBY M. WILBANKS AND KIMBERLY A.

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | BB&T-Bankruptcy<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/29/18 | | $37.29<br>$37.29 | $0.00 | $37.29 |
| 8 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/17/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Doc. #81 | 03/01/2021 | Withdrawal of Claim No. 8 filed by Capital One, N.A.. (Becket & Lee, LLP)

--------------------------------------------------------------------------------------------------------------------------

Joint debt. Filed as $1,267.89 unsecured claims. Duplicates POC # 4.
2/26/21 - Email sent to Beckett & Lee to withdraw or amend.

Case Total:    $25,498.01    $530,067.07

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-60990-WLH
Case Name: BOBBY M. WILBANKS AND KIMBERLY A. WILBANKS
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 30,656.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 30,656.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 5,206.42 | 0.00 | 5,206.42 |
| Attorney for Trustee Fees - Barbara B. Stalzer, Esq. | 767.00 | 767.00 | 0.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,430.00 | 0.00 | 2,430.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 85.20 | 0.00 | 85.20 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Trustee, Fees - Barbara B. Stalzer, Trustee | 2,187.17 | 2,187.17 | 0.00 |
| Trustee, Expenses - S. Gregory Hays | 57.39 | 0.00 | 57.39 |
| Trustee, Expenses - Barbara B. Stalzer, Trustee | 117.73 | 117.73 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 10,000.00 | 0.00 | 10,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 44.80 | 0.00 | 44.80 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting Strategies | 652.00 | 652.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting Strategies | 32.75 | 32.75 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 18,083.81
Remaining balance: $ 12,572.54

UST Form 101-7-TFR(5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 12,572.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 12,572.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $522,224.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Georgia's Own Credit Union | 10,974.88 | 215.25 | 264.20 |
| 2 | Wells Fargo Bank, N.A. | 435,753.49 | 8,546.18 | 10,490.14 |
| 3 | BB&T-Bankruptcy | 60,596.06 | 1,188.44 | 1,458.76 |
| 4 | Chase Bank USA,N.A | 1,293.25 | 25.36 | 31.14 |
| 5 | Midland Funding LLC | 1,614.51 | 31.66 | 38.87 |
| 6 | Fia Card Services, NA/Bank of America | 11,955.14 | 234.47 | 287.80 |
| 7 | BB&T-Bankruptcy | 37.29 | 0.00 | 1.63 |
| 8 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 12,572.54 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR(5/1/2011)