UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS, | : | CASE NO. 10-60990-WLH |
| KIMBERLY ANN WILBANKS | : | |
| | : | |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 25th day of August, 2021.

_/s/ S. Gregory Hays_
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

Exhibit "A"

R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive
Atlanta, GA 30303-3315

Bank Of America
4060 Ogletown/Stan
Newark, DE 19713

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363-1031

Barbara B. Stalzer
Barbara Bell Stalzer, P.C.
60 Lenox Pointe, NE
Atlanta, GA 30324-3170

CITIBANK
PO BOX 790034
ST LOUIS, MO 63179-0034

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Fia Card Services, NA
Bank of America
by American Info Lp As Agent
PO Box 248809
Oklahoma City, OK 73124-8809

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Kimberly Ann Wilbanks
426 Ellington Rd
Oxford, GA 30054-2814

Ford & Associates
Nationwide Legal Services,
3555 Fourth Avenue
San Diego, CA 92103-4912

Hal J. Leitman
Macey, Wilensky
Suite 4420
303 Peachtree Street NE
Atlanta, GA 30308-3264

Wachovia Bank
c/o Smith, Gambrell & Russell
1230 Peachtree Ste NE, Ste 3100
Atlanta, GA 30309-3592

GE Money Bank
c/o Rec Mgt Sys Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

Verint Video Solutions, Inc
PO Box 905595
Charlotte, NC 28290-5590

Bertram & Graf, LLC
Ste 800
4717 Grand Ave
Kansas City, MO 64112-2219

Quest Diagostics
PO box 41652
Philadelphia, PA 19101-1652

William A. Rountree
Macey, Wilensky & Hennings LLC
Suite 4420
303 Peachtree Street NE
Atlanta, GA 30308-3264

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Wffinancial
7201 Turner Lake Rd Nw
Covington, GA 30014-2067

Stonebridge Acct Strategies Inc.
P.O. Box 1290
Grayson, GA 30017-0025

BB&T-Bankruptcy
100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Goldwater Law Firm
Suite 3031
11811 N Tatum Blvd
Phoenix, AZ 85028-1621

BB AND T
PO BOX 1847
WILSON, NC 27894-1847

Wells Fargo Financial Georgia, Inc
4137 121st st
Urbandale, IA 50323-2310

Rec Mgt Sys Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Bobby Manalcus Wilbanks
426 Ellington Rd
Oxford, GA 30054-2814

Georgia's Own Credit Union
P.O. Box 105205
Atlanta, GA 30348-5205

Georgias Own Cu
1155 Peachtree St Ne Ste
Atlanta, GA 30309-7629

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

GE Money Bank
Attn: Bankruptcy Dept
PO Box 103106
Roswell, GA 30076-9106

Wells Fargo Bank, N.A.
c/o Smith, Gambrell & Russell
Attn: John T. Vian, Esq.
1230 Peachtree St NE, Ste 3100
Atlanta, GA 30309-3592

Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374-0933

BB&T Business Loans
PO Box 580050
Charlotte, NC 28258-0050

James E Sorenson
Sorenson Van Leuven, PLLC
PO Box 3637
Tallahassee, FL 32315-3637

Barclays Bank Delaware
Attention: Customer Support Dept
Po Box 8833
Wilmington, DE 19899-8833

Karen Scott Greene
Karen Scott Greene, PC
PO Box 390322
Snellville, GA 30039-0006