UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS, | : | CASE NO. 10-60990-WLH |
| KIMBERLY ANN WILBANKS | : | |
| | : | |
| Debtors. | : | |

## UNSWORN DECLARATION OF MICHAEL J. BARGAR

1. My name is Michael J. Bargar. I am a partner at Arnall Golden Gregory LLP ("**AGG**").

2. On August 24, 2021, AGG filed an *Application of Arnall Golden Gregory LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Chapter 7 Trustee* [Doc. No. 97-2] (the "**Fee Application**").

3. I am making this unsworn declaration as part of the submission of AGG's Fee Application.

4. I have reviewed each time entry in the Fee Application. Each time entry is mathematically accurate, and the total amount requested is accurate and correct.

[INTENTIONALLY LEFT BLANK]

17110754v1

I, Michael J. Bargar, certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 22nd day of September, 2021.

                                                                       */s/ Michael J. Bargar*
                                                                        Michael J. Bargar
                                                                        Georgia Bar No. 645709

Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
michael.bargar@gmail.com
404-873-7030

# CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that I have this day served a copy of the forgoing *Unsworn Declaration of Michael J. Bargar* by first class United States Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

This 22nd day of September, 2021.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

17110754v1