UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BOBBY MANALCUS WILBANKS, | : | CASE NO. 10-60990-WLH |
| KIMBERLY ANN WILBANKS | : | |
| | : | |
| Debtors. | : | |

**NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 3010, S. Gregory Hays, Chapter 7 Trustee for the above-captioned estate remits $1.63 into the Registry of the United States Bankruptcy Court representing dividends of less than $5.00 paid to creditors. The creditor, its address and the dividend amount is:

| CREDITOR | AMOUNT |
|---|---|
| Branch Bank & Trust Company<br>Bankruptcy Section<br>100-50-01-51<br>Po Box 1847<br>Wilson, NC 27894 | $1.63 |

_/s/ S. Gregory Hays_
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

> Office of the United States Trustee
> 362 Richard B. Russell Federal Building
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia 30303-3311

> Branch Bank & Trust Company
> Bankruptcy Section
> 100-50-01-51
> Po Box 1847
> Wilson, NC 27894

Dated: October 18, 2021.

> /s
> S. Gregory Hays
> Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, Georgia 30305
(404) 926-0060